UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 16-56057 |
| District Court/Agency Case Number(s): | 15-cv-3462 |
| District Court/Agency Location: | Central District of California |
| Case Name: | Michael Skidmore, Trustee of Randy Craig Wolfe Trust v. Led Zeppelin, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 297, 264, 263, 262, 261, 273, 272, 233, 224, 203, 202, 159, 133 |
| Name of party/parties submitting this form: | Michael Skidmore |

Please briefly describe the dispute that gave rise to this lawsuit.

Randy Craig Wolfe (aka Randy California) wrote the song Taurus in 1966. The Randy Craig Wolfe Trust (the owner of Mr. Wolfe's intellectual property) alleges that Led Zeppelin copied Taurus to create the iconic song Stairway to Heaven.

Briefly describe the result below and the main issues on appeal.

Any copyright claimant must prove ownership, access, and substantial similarity. At trial Plaintiff proved that the Trust owns the Taurus copyright and that Defendants had access to Taurus--despite their fervent denials. The jury found that Taurus and Stairway to Heaven are not substantially similar. On appeal, the main issue will be the Court's pre-trial rulings precluding the Taurus sound recording and any of the compositional elements in it . The lower court's decision contradicts another district court decision on this exact issue. In addition, the district court's jury instructions incorrectly and incompletely described what constitutes protected material, incorrectly described the substantial similarity comparison, and omitted the inverse ratio rule. ***

Describe any proceedings remaining below or any related proceedings in other tribunals.

Defendants filed a motion for costs and fees, which Plaintiff opposed. That motion is outstanding.

***Note: By identifying these issues, Plaintiff-Appellant does not waive any other issues on appeal

Page 1 of 2

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: /s/ Francis Malofiy

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Michael Skidmore, Trustee for Randy Craig Wolfe Trust

**Note:** Use of the CM/ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in CM/ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into CM/ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# CERTIFICATE OF SERVICE

Plaintiff hereby represents that PLAINTIFF'S MEDIATION QUESTIONNAIRE has been served upon counsel by electronic filing:

Helene Freeman, Esquire
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Peter J. Anderson, Esquire
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company*

Glen L. Kulik, Esq. (SBN 082170)
Kulik Gottesman & Siegel LLP
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
T:  (310) 557-9200; F: (310) 557-0224
E:  gkulik@kgslaw.com
*Attorney for Plaintiff*

*****

*Respectfully submitted,*
Francis Alexander, LLC
*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
E:  francis@francisalexander.com
*/d/ August 1, 2016*

3