UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants - Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

This case is not selected for inclusion in the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions.

The briefing schedule previously established by the court remains in effect.

                              FOR THE COURT:

                              Chris Goelz
lw/mediation                   Circuit Mediator