**FILED**

UNITED STATES COURT OF APPEALS

NOV 07 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>LED ZEPPELIN; et al.,<br><br>    Defendants-Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>    Defendant-Appellant. | No. 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

  Defendant Warner/Chappell Music Inc.'s opposed motion (docket entry #5) to consolidate appeals is granted. Appeal Nos. 16-56057 and 16-56287 are consolidated.

amt/Pro Mo 04Nov2016

The amended briefing schedules is as follows: plaintiff's principal brief is due February 3, 2017; defendants' principal and response brief is due March 15, 2017; plaintiff's response and reply brief is due April 14, 2017; and defendant Warner/Chappel Music Inc.'s optional reply brief is due within 14 days after service of plaintiff's response and reply brief.

    For the Court:
MOLLY C. DWYER
Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10