FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 03 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br> Defendants-Appellees. | No. 16-56057 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles <br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC, <br><br> Defendant-Appellant. | No. 16-56287 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles |

Before: Peter L. Shaw, Appellate Commissioner

Plaintiff's motion (Docket Entry No. 16) for leave to file an oversized opening brief of 17,634 words is granted. The Clerk shall file the principal brief submitted at Docket Entry No. 17.

amt/Pro Mo commish 03Apr2017

Defendants' principal and response brief is due within 30 days after the date of this order. Plaintiff's response and reply brief is due within 30 days after service of the principal and response brief. Defendants' optional reply brief is due within 14 days after service of plaintiff's response and reply brief.