**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, Plaintiff-Appellant, v. LED ZEPPELIN; et al., Defendants-Appellees. | No. 16-56057 D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, Plaintiff-Appellee, v. WARNER/CHAPPELL MUSIC, INC, Defendant-Appellant. | No. 16-56287 D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles |

Before: Peter L. Shaw, Appellate Commissioner

     Defendant's motion (Docket Entry No. 30) for leave to file an oversized brief of 19,623 words is granted. The Clerk shall file the principal and response brief submitted at Docket Entry No. 29.

amt/Pro Mo commish 12Jun2017

Plaintiff's response and reply brief is due within 30 days after the date of this order. Defendants' optional reply brief is due within 14 days after service of plaintiff's response and reply brief.

The motions (Docket Entry No. 14 and 31) to transmit exhibit will be addressed by a separate order. 9th Cir. R. 27-14.