UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,

    Plaintiff – Appellant/Cross-Appellee,

 v.

WARNER/CHAPPELL MUSIC, INC,

    Defendant – Appellee/Cross-Appellant.

and

LED ZEPPELIN; et al.,

    Defendants – Appellees.

Nos. 16-56057, 16-56287

D.C. No. 2:15-cv-03462-RGK-AGR
U.S. District Court for Central California, Los Angeles

**ORDER**

The second brief on cross-appeal submitted on June 2, 2017 is filed.

Within 7 days of this order, appellees/cross-appellants are ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF.

The Court has reviewed the supplemental excerpts of record submitted on June 2, 2017. Within 7 days of this order, appellees/cross-appellants are ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7