UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br> Defendants-Appellees. | No. 16-56057 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles <br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., <br><br> Defendant-Appellant. <br><br> and <br><br> LED ZEPPELIN; et al., <br><br> Defendants, | No. 16-56287 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR |

Appellant's motion for leave to transmit physical and documentary exhibits (Docket Entry No. 14) is granted. *See* 9th Cir. R. 27-14.

2

Appellees' motion for leave to transmit exhibits (Docket Entry No. 31) is granted. *See* 9th Cir. R. 27-14.

The parties shall submit four copies of the exhibits within seven days of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jennifer Nutt
Deputy Clerk
Ninth Circuit Rule 27-7