APPEAL NO. 16-56057

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

## SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST

*Plaintiff-Appellant,* v.

## LED ZEPPELIN ET AL.
*Defendants-Appellees.*

---

MUSIC COPYRIGHT INFRINGEMENT,
ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
THE HONORABLE R. GARY KLAUSNER
THE CASE WAS DOCKETED IN THE CENTRAL DISTRICT AS
CASE NO. 15-CV-03462

---

## PURSUANT TO PERMISSION BY COURT FOR PLAINTIFF-APPELLANT SKIDMORE TO LODGE PHYSICAL AND DOCUMENTARY EXHIBITS—INCLUSIVE OF AUDIO/VISUAL EXHIBITS—IN THE APPELLATE RECORD

---

### FRANCIS ALEXANDER, LLC
FRANCIS MALOFIY
ALFRED JOSEPH FLUEHR
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

*Attorneys for the Plaintiff-Appellant Skidmore*

# INDEX

## TRIAL EXHIBITS

| | |
|---|---|
| 6A | AUDIO - Led Zeppeling Performing Fresh Garbage (1/10/1969) |
| 61A | AUDIO - Taurus Deposit Copy Audio |
| 98 | Jimmy Page Interview (New Musical Express) |
| 157 | Last Page of ZigZag Interview with Jimmy Page |
| 160 | Full Jimmy Page Interview in ZigZag |
| 160A | AUDIO - ZigZag Interview with Jimmy Page |
| 205A | AUDIO - Spirit Fresh Garbage Performance (2/3/1970) |
| 305 | N. Cal. Folk Rock Festival Poster |
| 313 | Rock Concert is Real Groovy News Article (Rocky Mountain News) |
| 314 | Atlanta Pop Greatest Musical Fair Ever (The Hurricane, 7/11/1969) |
| 316 | Seattle Pop Festival Poster |
| 318 | Seattle Pop Festival Poster |
| 319 | Texas International Pop Festival Poster and Misc Paraphenalia |
| 321 | Robert Plant Crash Article |
| 373 | Actual Spirit Album |
| 500-1 | Chromatic Line |
| 501-1 | Prior Art Comparison – Minor Chromatic Line and Associate Chords |
| 502-1 | Harmony Chords |
| 503-1 | Harmony Comparison |
| 506-1 | Melody Comparison Chart – Creative and Memorable (AB BC CF#) |
| 508-1 | Lead Sheets |
| 509-1 | Arpeggios and Melodies |
| 511-1 | Pitch Inventory |
| 535 | Photo Andes/Plant |
| 538 | Gonzaga University Set List (12/30/1968) |
| 524V | VIDEO - Hanson Performing Stairway |
| 525V | VIDEO - Hanson Performing Taurus Deposit Copy |
| 527V | VIDEO - Taurus Deposit Copy Bass Clef |
| 527X | VIDEO Comparison – Taurus Bass Clef Played with STH by Hanson |
| 2058 | Taurus Deposit Copy |
| 2704 | Taurus Deposit Copy indicating (AB BC CF#) |
| 2705 | Ferrara Report Exhibit – Chord Progression – 4 measures – Taurus and Stairway |
| 2708 | Stairway Deposit Copy |
| 2951 | Spirit Poster for Mothers Club (Sat. Jan. 31, 1970) |
| 100158 | "Led Zeppelin: Split-Group Product" (Richmond News-Leader, 6/7/1969) |
| 100164A | AUDIO - BBC Arms of Atlas Interview with Page, Plant, and Jones |
| 100165A | AUDIO - ZigZag Interview of Page Concerning Bron-Yr-Aur |

# SUMMARY JUDGMENT - AUDIO EXHIBITS

**Audio Exhibit 6:**
Live performance of Led Zeppelin playing Fresh Garbage 1-10-1969

## AUDIO EXHIBITS – COMPARISON AUDIO

**Audio Exhibit 7:**
Stairway to Heaven (0 seconds – 25 seconds)

**Audio Exhibit 8:**
Taurus (45 seconds – 1 minute, 13 seconds)

**Audio Exhibit 9:**
8 measures of Stairway from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 10:**
8 Measures of Taurus from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 11:**
8 measures of Stairway and Taurus played together from note 1 of the acoustic guitar, repeated multiple times

## AUDIO EXHIBITS - RE-RECORDING OF STAIRWAY TO HEAVEN

| | |
|---|---|
| **Audio Exhibit 12:** | **Acoustic Guitar** |
| **Audio Exhibit 13:** | **Bass** |
| **Audio Exhibit 14:** | **Drums** |
| **Audio Exhibit 15:** | **Electric 12 Strings** |
| **Audio Exhibit 16:** | **Electric Piano** |
| **Audio Exhibit 17:** | **End Guitar** |
| **Audio Exhibit 18:** | **Les Pauls** |
| **Audio Exhibit 19:** | **Recorders** |
| **Audio Exhibit 20:** | **Slide** |
| **Audio Exhibit 21:** | **Solo** |

## AUDIO EXHIBITS - RE-RECORDING OF TAURUS

| | |
|---|---|
| **Audio Exhibit 22:** | **Acoustic Guitar** |
| **Audio Exhibit 23:** | **Cello 1** |
| **Audio Exhibit 24:** | **Cello 2** |
| **Audio Exhibit 25:** | **Cymbal** |
| **Audio Exhibit 26:** | **Flute** |
| **Audio Exhibit 27:** | **Harpsichord** |
| **Audio Exhibit 28:** | **String Bass** |
| **Audio Exhibit 29:** | **Viola** |
| **Audio Exhibit 30:** | **Violins** |

## AUDIO EXHIBITS – ALEXANDER STEWART

**Audio Exhibit 31:**                           (Previously: Audio Exhibit A)
**"Stairway to Heaven" (album)**

**Audio Exhibit 32:**                           (Previously: Audio Exhibit B)
**"Taurus" (album)**

**Audio Exhibit 33:**                           (Previously: Audio Exhibit E)
**Taurus Live at Ash Grove (7/10/1967)**

**Audio Exhibit 34:**                           (Previously: Audio Exhibit C)
**Taurus Live at Ash Grove (7/31/1967)**

**Audio Exhibit 35:**                           (Previously: Audio Exhibit D)
**Taurus Live at Ash Grove (8/8/1967)**

**Audio Exhibit 36:**                           (Previously: Audio Exhibit H)
**Taurus Demo Recording (8/1967)**

**Audio Exhibit 37:**                           (Previously: Audio Exhibit F)
**Taurus Live at Kaleidoscope (4/5/1968)**

**Audio Exhibit 38:**                           (Previously: Audio Exhibit G)
**Taurus Live at The Time Coast**

**Audio Exhibit 39:**                           (Previously: Audio Exhibit H)
**Taurus Live at Acoustic (1996)**

**Audio Exhibit 40:**                           (Previously: Audio Exhibit J)
**Combination – Acoustic Taurus Synced to STH SR – Part A, played over Master SR of STH**

**Audio Exhibit 41:**                           (Previously: Audio Exhibit K)
**Acoustic Taurus Synced to Master SR of STH – Part A**

**Audio Exhibit 42:**                           (Previously: Audio Exhibit L)
**Stairway Acoustic – Part A:**

**Audio Exhibit 43:**                           (Previously: Audio Exhibit M)
**Taurus Acoustic – Part A:**

**Audio Exhibit 44:**                           (Previously: Audio Exhibit N)
**Combination – Acoustic Taurus Synced to Master SR of STH (Part A), played over Acoustic Stairway (Part A)**

## AUDIO EXHIBITS – REBUTTAL OF MATHES

**Audio Exhibit 45:**        **Mathes Audio Exhibit Tempo Matched - Stairway**
**Audio Exhibit 46:**        **Mathes Audio Exhibit Tempo Matched - Taurus**
**Audio Exhibit 47:**        **Mathes Audio Exhibit Tempo Matched - STH & Taurus**

*Respectfully submitted,*

*/s/ Francis Malofiy*

FRANCIS ALEXANDER, LLC
FRANCIS MALOFIY
ALFRED JOSEPH FLUEHR
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

*Attorneys for the Plaintiff-Appellant Skidmore*

*June 23, 2017*

## CERTIFICATE OF FILING AND SERVICE

Plaintiff-Appellant Skidmore pursuant to permission by the Court has filed

four (4) copies to lodge the physical and documentary exhibits – inclusive of

audio/visual exhibits – in the Appellate Record.

*Respectfully submitted,*

*/s/ Francis Malofiy*
FRANCIS ALEXANDER, LLC
FRANCIS MALOFIY
ALFRED JOSEPH FLUEHR
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

*Attorneys for the Plaintiff-Appellant Skidmore*

*June 23, 2017*

**PLEASE NOTE:**

**FOR THE FOLLOWING AUDIO/VISUAL <u>TRIAL EXHIBITS</u>, PLEASE SEE THE DVD ENCLOSED IN BINDER POCKET AND SUBMITTED TO THIS COURT**

| | |
|---|---|
| 6A | AUDIO - Led Zeppeling Performing Fresh Garbage (1/10/1969) |
| 61A | AUDIO - Taurus Deposit Copy Audio |
| 160A | AUDIO - ZigZag Interview with Jimmy Page |
| 205A | AUDIO - Spirit Fresh Garbage Performance (2/3/1970) |
| 524V | VIDEO - Hanson Performing Stairway |
| 525V | VIDEO - Hanson Performing Taurus Deposit Copy |
| 527V | VIDEO - Taurus Deposit Copy Bass Clef |
| 527X | VIDEO Comparison – Taurus Bass Clef Played with STH by Hanson |
| 100164A | AUDIO - BBC Arms of Atlas Interview with Page, Plant, and Jones |
| 100165A | AUDIO - ZigZag Interview of Page Concerning Bron-Yr-Aur |

**PLEASE NOTE:**

**FOR <u>SUMMARY JUDGMENT AUDIO EXHIBITS</u> 6 – 47, PLEASE SEE DVD ENCLOSED IN BINDER POCKET AND SUBMITTED TO THIS COURT**

6A

# 6A

## 1/10/1969 – LED ZEPPELIN PERFORMING FRESH GARBAGE

61A

# EXHIBIT

# 61A

CASE NO. **15-cv-3462-RGK-AGR**

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin *et al.*

PLAINTIFF'S EXHIBIT **61A**

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

# AUDIO EXHIBIT 61:

# TAURUS DEPOSIT COPY

# (BY FERRARA)

86

4  NEW MUSICAL EXPRESS  On sale, Friday, week ending April 25, 1970

# 13 - YEAR - OLDS  BUY  OUR  DISCS !



**JIMMY PAGE** answers the questions in the final LED ZEPPELIN ASK-IN



THE last part of our four-part series on Led Zeppelin is an interview with the man who made it all possible in the beginning, guitarist extraordinary Jimmy Page.

Jimmy's reputation as rhythm (can you believe rhythm?) guitarist with the Yardbirds and his stupendous session work in London (Joe Cocker's classic, "With a Little Help from My Friends" features Page's picking) was enough for Atlantic Records to sign Led Zeppelin unseen. The intuition of Nesuhi and Ahmet Ertegun and Jerry Wexler, the fathers at Atlantic, is too incredible to be believed.

As before, I am prompted by RY below and JP is Jimmy. Here is how he replied to my questions in Toronto, Canada.

**RY: WHERE DO YOU THINK YOUR FOLLOWING LIES?**

**RY: THERE SEEMS TO BE A LOT OF YOUNG PEOPLE INTO YOUR MUSIC NOW?**

**RY: DID YOU HAVE ANY IDEA OF WHERE YOU WERE GOING A YEAR AGO?**

**RY: WERE YOU SURPRISED AT YOUR TREMENDOUS SUCCESS?**

## Second album

**RY: HOW ABOUT THE DOORS?**

**RY: WHAT DO YOU THINK OF THE AMERICAN POP SCENE?**

**RY: WHAT DO YOU THINK OF THE SPRINGS THAT ROBERT PLANT COPIES JIM?**

## Jimmy tells an amazed RITCHIE YORKE

**RY: YOU'RE EARNING FANTASTIC MONEY NOW. WHAT'S THE MOST YOU'VE EVER MADE?**

**RY: SOME PEOPLE ACCUSE YOU OF HAVING NO TASTE?**

**RY: NOW ABOUT THE STONES?**

**RY: SOME CRITICS THINK YOUR VIOLIN BIT IS GIMMICKY.**

**RY: DO YOU THINK YOU'VE IM-PROVED YOUR GUITAR PLAYING SINCE JOINING LZ?**

**RY: WHAT DO YOU THINK OF JEFF BECK?**

**RY: I'VE HEARD THAT THE VA-RIOUS FUDGE IS JOINING MGM?**

## Eric Clapton?

**RY: BECK?**

**RY: WHAT MAKES DO YOU LIKE?**

**RY: WHO HAS INSPIRED YOU?**

**RY: NOW ABOUT BLUES GUITAR-ISTS?**

**RY: JOHNNY WINTER?**

**RY: NOW ABOUT THE BEATLES?**

## Beatles?

**RY: WHAT ABOUT GEORGE'S PLAY-ING ON "ABBEY ROAD"?**

**RY: IN WHAT DIRECTION ARE YOU GOING?**

**RY: HOW DO YOU FEEL ABOUT THE SECOND ALBUM?**

**RY: DO YOU LIKE BEING THE PRODUCER?**

## A single?

**RY: DO YOU HAVE ANY PLANS FOR A SINGLE?**

**RY: I HEAR THAT YOU REALLY CAN'T TOLERATE STRAIGHTS.**

**RY: ANY PARTICULAR INSTANCES?**

98-00001

157

To stay on the vulnerability/frailty of the rock star theme, it seems to me that you are unusually stable in your profession, as if you discovered how to sidestep the pressures. You've quit the ostentatious guitarist-in-the-public eye thing and retreated, to prolong active life, as it were. Well, I've been through all that and I have at times felt I'd been completely drained by it all. It's not so much a question of letting things fading away as being able to rescue over the top of it, which is not an easy thing to do. I suppose there's a measure of realisation when the whole thing falls into perspective and you see everything in its real light. I get really depressed now and shattered, it's all the bad news stuff, because you couldn't chase it all with, but as we can see the prolonged stuff where some press comments wore me down until I was beginning very unnerved, especially when I knew I was doing the best I could.

It's no. You can develop a tremendous insecurity if your management isn't too hot, can't. I know that it's not so easily used in the business, but it's a fact to me that if your fans are not so concerned, always you're going to have royalties coming in. So it I'm sure a lot less of groups who have been working for years and years and — money — earning because there's been released in the way down the way. It doesn't seem sort of things endangering. We're very much in love together because we've got Peter Grant who's like a fifth member of the group, he comes on every single gig so, so which is something very few managers would ever consider doing.

What about this constant living out of a suitcase... surely that can grind you down after a while? For instance, what about that Yardbirds tour you did – which was something like two gigs a night for a month?

Right. At the time it didn't seem as bad as it now. It was like one being in a group that expected that sort of thing, but I realized that was it. It was on the The Clark Carnival of Stars, it was in essence of touring the bus for a month, travelling from town to town gig to gig, it's just to the point where there were so many people on the bus that you could hardly see what they were, so I was on the top of it, which he'd never seen we got to the gig or elsewhere, and the bus would drop at some convenient place along the way. We were sharing this bus with Sam the Sham and The Pharaohs, Gary Lewis and The Playboys, and a lot of people — I was so amazed that we could not sleep on the luggage rack, depends you whether or not God, you sort of hung out too. And in places like this sort of times and We'd get to the gig one or other, I'd hit Bill or Brian Hyland, who opened the show, there we went sort of out of our bus on to the stage. There was no time to rehearse, so anything like that. And, it was a double gig, being too hot it's in the same gig — the bus was a disaster — so it's a bone ocean service. I don't care when some names we watched Brian Hyland and whizz off to the other gig. It was a disaster to remember, I have had a very...

I was when it had it down, the real pressure drive, so it was to doing the best you can and work across everything it all as crap. That each effect made it a point, and I know of other rock stars probably been affected to a greater...

...that I came across, you know, that it doesn't prove it's just crazy.

To change the subject completely, whose records do you listen to when you're just lying around at home?
I like a lot of music and you find that double album went though I'm none of the tracks — that I've against live have liked, especially — I do for the tracks is the best LP of — everything that come along, of which is too see, and don't I'd seen the — someone of the reasons I — but — he Beach boys. I still listen to his albums, I'm going to be surprised if the early Sun records and they used a wonderful kind of — but they're doing —

...but I know, I've never seen it things, like they didn't really stop a program that they ——— and I've been trying to do it some ——— but that's no point of the things of interest. There's even had — a sort of travelled through his music a great ways back and he recorded a lot and all of it never amazing. I can and for something ——— doing something for his music, for instance.

I've seen them couple of times and thought they were very good — they feel the crowd, they're in a similar band of artists, our dad used a wonder to perform, and no that over time and they paid a whole lot of stuff or — 'Whole all of us. Never seen so amazing our universe and doing what whatever they did. They did with and we couldn't sing over their music. That there was something — it was a sad element — the one of the best and most on the road with the bassist, he didn't work so when we first join, in his factory, so he used to use something, so he was playing the Italian Brothers, — a funky, number two thing, which was small — we of it, he used as well use then as a line and we'd sing and to vocals by vocals, sounds with song so to be it seems we get too much — vocally so I'm — it's a planning in you like that, and the part with who — because the spirit and —

And they were never released here? Which other American bands interested you on stage?
I know — India Xanadu saw, they had a nice little band and playing the music one amazing — we were all live. They had a country-ish guitarist who was — and he did a religious thing and there they say.

They've not let down — that was so a redheaded guy or amaze — and only a middle two or so with those. What happened was that we all very troubled and the four big records became the bottom too cool. Reason's obvious — I got out once a symbol of — which all sort of policy pins have been loved, and which for a few interesting courage. I like, for instance, it represented courage to the Red Indian tribes, John Buffalo's recent discovered with the bit came of a we head, about a guy and was out to represent a guy or some who was both confident and courageous because we didn't — it somehow — and John Bonham's one, from the — at the most pick it and one over the own part.

Mine, it that was one which I designed myself, but it's a symbol, it took it out across. Zoso, and some greeting in the States — it came to the record of Zoso, which is a pseudo-translation compressed to a sound at all, for something created differently and with a different meaning together. Basically, the whole title there was put another line to draw the needle in to those and we'd have a good laugh when the records went into the charts and they had to reproduce the word like out of a conventional one. Anyway supposed for the pics with the appropriate seed block, but they didn't like it at all, so once a set reproduced. So that album set was produced, firstly the title and, secondly, the fact, gone on wording at all, so even the number or the name of the printer.

*Pete Frame's latest book,* The Restless Generation: How Rock Music Changed the Face of 1950s Britain, *is published by Rogan House.*



D000157

160



# MY BACK PAGES

In 1972, at the height of Led Zeppelin's fame, JIMMY PAGE spoke to the pioneering rock monthly *ZigZag*.
He talked frankly to editor Pete Frame about his early days as a session man, his time in The Yardbirds, and the formation of Led Zeppelin…



did this interview in November 1972, at the offices shared by Peter Grant and Mickie Most, several floors above a Millets shop in Oxford Street. When I got there, Jimmy was examining the artwork for the sleeve of *Houses Of the Holy*, which was giving him consternation because the hand-tinting wasn't quite right. The album was already in the can but wouldn't now be released until March, missing both the upcoming UK tour and Christmas – not that this was too much of a problem because it was guaranteed to hit No 1, no matter when it came out.

Page was the source of my first thought that Mickie [...] Grant was based, urging the [...] interest, probably making sure that this interview [...] questions. I set out, I got to know Grant after [...] and how to be as sweet as pie – but [...] then came the huge, bizarre, consummate [...] obviously a vast protective of Jimmy.

I felt very privileged to be doing the interview. I drove [...] stuff that many, with small-time actors mingling like Ziggy, and I expected [...] Page [...] who had called round for his afternoon [...] who had been a mate of mine [...] days when he was press officer at Chrysalis.

Afterwards, I phoned BP to tell him how well it [...] with the interview, all of which [...] status quo. I'd wanted me to interview someone who's about [...] a new head called Silverhead [...] Michael des Barres – and of course [...] and Jenkins so on. A few days later, he drove me [...] again in Earls [...] where they were [...] and also invited Paul 'Tubs' Ruben Plant and John Bonham along, to call on someone at the [...] at Plant's penthouse, but that's another story.

*Where do you start when you go to interview a musician like Jimmy Page? At the beginning, obviously...*

[...]

Yes. I was with them when I left school, but at the [...] moving in other gigs made me [...] I used to go back in the van. We start from the point when I wasn't going to go on with Neil Christian [...] and I was a pro so I told Carl Davies who was running a group, and I said as far as actual gigs it's done before I left, so the decision to change was no point in going on because it was no good at the same situation of setting and closing all [...] walking around picked it up and went off to start... here, or about 15 months.

Then, when I hit the roads, I began to do sessions for be here, and the way the whole point went to escalate at that time a few weeks later, because they were good again, we're done around the area with the practice of the was found, and I worked on a freelance basis, and we moved on the scene, I got bookings all over the place.

### Legend has it that you got into sessions after you were spotted playing at the Marquee

Yeah, it was something like that. I used to go up there and play with three other [...] We couldn't only knew each other outside the [...] area we just used to meet there, and get up [...]

### When you started doing sessions, could you pick and choose at all?

Not really. You'd get the sort of situation where [...] you'd come in for a session, who didn't really know many of the session musicians would find that there was a musical player around and you'd book me for a session and to be a bad copy, a session musician, support number or something like that, sometimes, I'd be asked for a session and to find work for you, and so were you to do it, and I knew I'd be OK, most of the time it would be sort of job, but often I'd arrive without really knowing what it was for because I get a little more experienced, those were the sort of things I learnt to avoid... I mean, then you had a headache, things I shouldn't have been doing.

[...]

I was thinking about those those the other day, and I was wondering why Neil didn't get as involved with the session men as much as he, because quite often, their parts were an incision as all the mixers, but I wasn't really moulded on the Waters, but it was explosive sessions, but I was there, and all I managed to do was such act to play it according to the Beatle. Maybe it's just me, I played like they do, just used to put their input at their end – the limitations were generally in maturity, a factor which actually led to my being a session musician because I had a chance to meet musicians along. The players and musicians too, I could sit in as though I was some kind of pro.

### So you had no free rein at the time – you just had to play as you were told to?

No, actually, I mean you couldn't play just a part which was written down, and sometimes it was good, but usually you'd only play it as it was written if you wanted to be really nasty. Often the parts we left was bad, and you know that you could do so much better – only you had the chance you'd do – things that flowed and sounded better, and 'cos my life in them, I still loved it. I was telling the musical director once, if he wanted your suggestion, you obviously had a freer hand.

The bands' sounds. I know I managed to get a couple of hits on an Electric album, but I can't really remember. I know that we didn't call, approve of my presence.

[...]

I know that Les Paul was pretty busy because I had that mockups guitar used a good range of sounds. In several ways, we'd several rounds at the time. The Stratocaster is probably the best all rounder, now but it just tends to, was the Les Paul. But I [...] was taken for credit for establishing the [...] The Paul sound – the sort of playing he was doing in The Electric days, for instance. You'd sit there for a man have been on to his, instead of on a Les Paul, I didn't often get the chance to get going on it.

On the odd occasion I was able to put a lot of it, because sessions according to other, but it was more often that once, other musicians had gone home.

### Pete Townshend acknowledges your assistance on Can't Explain, but Ray Davies is adamant that you played nothing but tambourine on any of The Kinks' stuff

That's not enough. I didn't really [...] too much on

Jimmy's first band, the Crusaders, around 1961. From left: Jimmy Page, Jimmy Evans (drums), Neil Christian (vocals) and John Spicer. Photo courtesy of John Spicer.



This band ain't big enough for the both of us: The Yardbirds with Jeff Beck, front left, and Page

### I've often read about you having a sitar, but I can't recall you ever using it on record.

### You're right about the gimmick value. I remember Donovan saying he was going to retire for six months and learn the sitar, and I remember the way The Byrds paraded one at the press conference for Eight Miles High.

### What about the new wave of British acoustic guitarists who were starting up in late '64/early '65, like Bert Jansch and John Renbourn, did you pick up on them at all?

### I thought that you and Davy Graham were matey in those days, and were involved in a kind of parallel development of Indian and Moroccan tunings?

### That single you made on Fontana, She Just Satisfies – why just the one?

### Can you tell us about that Blues Anthology which came out on Immediate (two double albums in December 1969, a repackage of earlier single-album releases) and which has just been re-released yet again in the States?

D000151   160-00003

late 1965. Eric and I got friendly, and he came down and we did some recording at home, and immediate found out that I had tapes of it and said they belonged to them, because I was employed by them. I argued that they couldn't put them out, because they were just variations on blues structures, and in the end we dubbed some other instruments over some of them and they came out – with liner notes attributed to me *or rariou copies*, though I didn't have anything to do with writing them. I didn't get a penny out of it anyway.

[illegible paragraph]

Stu from the Stones *[illegible]* was on piano. Mick Jagger did some harp. Bill Wyman played bass and Charlie Watts was on drums.

**There are also tracks on there by The All Stars, featuring you and Beck and Nicky Hopkins, all credited as your compositions**

Yes – they were tapes Immediate had in their possession from a long time before. It was, in fact, the Cyril Davies All Stars without their guitarist, and they were just tracks we'd done for fun after the real session was over. It was just a case of Immediate hauling together whatever they could to fill out the albums, and I'm really embarrassed about the whole thing, because everyone thought I'd instigated it and I hadn't at all. As it was, nobody got paid for any of it.

[illegible paragraph]

Yes. Paul Samwell-Smith said "I'm leaving." It was a great night, because it was at one of those silly ball things – either Oxford or Cambridge. I can't remember which – but everyone was dressed up in dinner jackets, and Keith Relf *[The Yardbirds singer]* got totally drunk and was rolling around the stage, grappling with the mic, blowing his harmonica in all the wrong places and just singing nonsense words... but it was great, just fantastic – terrible for the rest [illegible] – just Samwell-Smith was always after more discipline and adherence to strictly rehearsed neatness, and it was just that he could take. It was the last straw, he'd just had enough and decided to quit.

**Were you there then? Did you used to go to gigs with them before you actually joined?**

Yes, I used to go to all the gigs with them because I was really into what they were doing. So it picked it in and told the others that they'd do the same if they had anyone, but they had two guys following closely and felt they had to do them, and it was a case of me helping them out at a spot. I offered to play bass, though I'd never played one in my life, before I knew their act and what they were doing and seemed enough to get through, and then they suggested that I stay on. So I did.

[illegible paragraph]

Jeff Beck, *who repeated Clapton* often used to say "I wish you could jam, and we could play together." I agreed that it would be good, but I never took it seriously because there was this thing about five Yardbirds, and to being in a sixth would have

---

[right column top, faded]

It wasn't just Freddie Jones we rehearsed hard on all sorts of things, especially Immediate stuff – to doing [illegible]. Over Under Sideways Down, which we were doing in harmonies and we'd discuss our worked out versions of play on stage of them together. It was the sort of thing, just poppy, like Wishbone Ash and Quiver. I expected, that dual, said guitar idea. Of course, that was all very well in theory, and as rehearsed, but on stage, Beck would often go off into something else.

**Did it really develop into a scowling, glaring battle, with you and Beck at opposite sides of the stage?**

No it was never a case of trying to blow each other off because it was trying to get it working. It's you had this across the record no guitars. I figure was no point in doing it, sure, that would've proved no raucous sound.

[illegible]

To tell the truth, I didn't even think about it. When



Led Zep apparently playing in a fireplace, Southampton University, 1971.
Photo by Barry Plummer.

**So after about a couple of months, Chris Dreja was able to get around enough on bass?**

Yes – but wait a minute, I did the switch was inconvenient rather than planned because of one, or Jeff's collapse. We had to play this gig in San Francisco – at [illegible] moment, I believe, and Jeff couldn't make it, so I was over lead that night and Chris play it too. It was really nervewracking because this was at the height on the Yardbirds reputation, and I wasn't exactly ready to tour off on lead guitar. I went into it though, and then it was ok, so that when Jeff recovered, it was two lead guitars from that point on.

60-00004
D0001



I'd been in Neil Christian & The Crusaders. I'd had to do things like, arc over backwards until my head touched the stage – you know, those silly things that groups used to do – for The Yardbirds were never interested in showing off or anything like that... it was just a case of acting naturally, I suppose.

Looking at release dates and listening to records and so on, I've concluded that the only tracks that you and Beck played on together were Happenings 10 Years' Time Ago and Psycho Daisies (both released on a Columbia single, DB 8024, October '66) I think that's right. I played bass in Psycho Daisies and there's a bit of a story as to how to Happenings.... We were in the studio waiting for Beck to turn up and Relf felt a little bit restless on a tape recorder, the sort of riff recurring the song. Well, I worked out the riff and the structure of it, and we'd get it all ready by the time Beck eventually showed up. He just put some guitar on top of it and that was it, but I think it turned out well. There's also a double A-side in Scroll On [previously released on the Blow Up soundtrack album; Page was on bass in the first side I think]

.................................
.................................
.................................
.................................
.................................
.................................
.................................
.................................
.................................

Well, on that the tracks we didn't see on hear the playbacks they were first takes. That is how it used to be done we would spend time on singles but Micky Most felt albums thought that LPs were nothing – just something to stick out after a single

Those last few singles didn't seem at all Yardbirdy, especially Ha Ha Said the Clown and Ten Little Indians (neither of which were released here, mercifully) Were they, in fact, Relf plus session men whom Most had got together to do the track while you were out touring?
No, it was us alright – on both of those tracks were a bit of a muddle it happened like this: Mickey Most would say "Why don't we try to do Ha Ha Said the Clown..." which had been, in fact, a Manfred Mann hit in a Yardbirds style – and we'd say don't be silly? But he was... Come on, let's try it – it'd be an interesting experiment, it it doesn't work we'll scrap it. Of course, no sooner was it recorded than out it went, despite the fact that it was terrible... and that brought about the really bad vibes the one on Ten Little Indians that was a joke... we managed to generate some time effects on that one. That was the sort of thing it led to – a lack of confidence within the group and it soon all split.

...........................
...........................
...........................
...........................

If you'd heard them you'd know what it was stopped. There were other things we did all

happening in the record business. What happened was, Epic said to us – on Little 67's can we do a live LP? – and they sent down the head of their light music department to do it. The agreement was that if it was good, then a release it, but if not, they'd not like it at all. Of course, it was terrible the Bloke had done thing like hang his own mic over the drums so none of the bass drum came out... and he'd mixed up a monitor cabinet on my guitar instead of the real one... through which I played all the fuzz and sustain notes, so all that was lost. We knew it was just a joke when he did it. He assured us it would be alright – it's amazing what can be done, electronically," he said, and then when we went to listen to the master tape, there were all the bullfight cheers dubbed on – at one time, there was a solo, and it was just awful, so that had to dub out. There must've thought it out of the vaults – it was in there when someone realised they had said, introduced funny, figured it out and out it came. It was all too ridiculous, but it circulated and sold a few copies before we put the moratorium on it

It's worth a lot of bread now.
I wish it wasn't. I wish people would accept it for what it is: a pathetic load of crap. We did some studio work with the same guy a sixth later – once being a bootleg cover: Think About It, which was first on Columbia DB 8368 in January '68, but that was desperation, I suppose, because we were so anxious to get something done, if only to prove to ourselves that we could still do it

...............................
...............................
...............................
...............................

Yes, over the months before the break, Relf, particularly, and McCarty had been talking about starting up a new scene. To counteract the sort of stuff I was listening to, they were into very light things like Simon & Garfunkel, The Turtles and people, like that, and they wrote some songs in that vein, which they wanted to go off and record. I was in favour of us keeping the group together and tried to persuade them to go and record their songs as The Yardbirds, because I knew we had the potential to pull it off. But they just wouldn't hear any of it. Keith was really the instigator, I think, and he said this way, weird and interesting thing, that I'll always remember "the magic left for me when Eric I it". Now, I've always thought, that The Yardbirds' best stuff came from the Beck era, when they did all that incredible experimental stuff – but anyway, they decided to go.

So you and Chris Dreja looked for some musicians so you could continue the group as The New Yardbirds?
Well, I didn't want the group to break up, and I thought there was a chance that if we made a clean we could try to carry on, maybe Keith... Jim would... things, their minds and come back, but they went off and made that on to record, problem, why, Paul Samwell-Smith, I can't recall there name at the moment, of that strange for me, because... work, enough on Columbia in late '66

...............................
...............................
...............................
...............................

Almost. But I can't remember anything about Paul Francis, He must've been someone who Chris had in mind. Yes, it was going to be Terry Reid, because I'd seen what a good singer he was when we toured with him once, the same time of the Tremors, the was in Peter Jay & The New Jay Walkers then, but

Gold discs for Led Zeppelin I: the band with manager Peter Grant and Atlantic Records boss Jerry Wexler

**By September '68 Chris Dreja had gone off to America to become a photographer. That's presumably when John Paul Jones arrived?**

**So you went out as The New Yardbirds and did a tour of Scandinavia.**

**Can you recall how you auditioned Robert Plant (who had been suggested as a possible singer)?**

**By that time, the musical policy of the group had been determined and presumably, to begin with, was adapted to that?**

**All you needed now was a name.**

**Let's cut on to the albums. The first one (Led Zeppelin recorded October '68, released February '69) was allegedly recorded in 30 hours. Can that be true and, if so, how?**

D000154  160-00006



**Did it take 30 hours because you were rushed, or was it that you were satisfied after that time?**

It was a bit of each really, partly a case of "Let's get the job done and not mess about having a party in the studio and partly getting things as we wanted." It was a first-take effort, we went on until we were happy with each number, but, like I said, we didn't have to worry about working on arrangements because we knew the stuff already and it came out very easily.

Well, I did use the May 11 single when I was a session producer for Immediate, and that had given me a limited technical knowledge, but on that first Zeppelin album, we had Glyn Johns as engineer and he did a great job on the sound, which is the most important aspect of production really. The most annoying thing that can happen is going into the studio, playing well and sounding great, and then going into the control room to listen to the playback, only to find that the recorded sound is thin and bears no relation to what was happening in the studio. Now, Glyn Johns, you and always has been, an engineer that gets like sound don't fuck things up because he's both confident and competent and so we were able to fix things up fairly quickly.

**Where did you dig up Babe I'm Gonna Leave You (a different source from Quicksilver Messenger Service)?**

I got it from the Joan Baez version, and I used to do it in the days of sitting in the darkness, playing the six string behind Marianne Faithfull. I was told that it's a traditional song — I hope it is.

I don't know — maybe it's a misprint.

**At a time when other groups were introducing and exploring varied themes, all the songs on that album (except Black Mountain Side) were sexual — was that a deliberate policy? Like, Robert attracts the chicks with his personality and the lyrics, and the blokes are attracted by your guitar virtuosity?**

You're making it sound as though the group was programmed into a certain format. It wasn't, of course. I mean, of course the guitar became a vogue instrument, the main part of the audience has tended to be fascinated by — and involved with the guitar stuff, the band. Also, the chicks used to go mad over Robert Plant, but the blokes were watching James Burton. When you're forming a band, you don't think how certain aspects can be exploited. Apart from anything else, it didn't turn out even for such considerations. Things just fell into place and it went.

...Sure, Robert had been working solo, so it was time to take off the road. Still, Robert suggested doing so. The reason was young... he was pretty keen to press because I'd never given any time in Wales and I wanted to. So off we went. We took our guitars along, of course, but it was not a questioning. Let's go and knock off a few songs in the country. It was time to go and have a good time. A couple of our mates came along, so it was great at the evenings around log fires, with guitars being plugged into electricity and that sort of thing, and as the riff came out, the guitars come out and numbers were written. So though it was a good idea as a working holiday — some ways they didn't come out of it and were subsequently recorded on the third album.

**There's some great stuff on that, I think Tangerine is my favourite.**

Well, I made it enough, that was written at Bron-Y-Aur actually, but years earlier, also an old emotion, that experience and I just about done it on the lyrics. I did the recording that when I was in The Yardbirds.

Not a sitar, but there's some — I don't know where. I mean, we never actually tried it, we just did the fucking track for that. I'm a recorder. My Baby, which I am a Joplin did. We did a good version of that, and we did quite a few with rock things which sounded alright. There's another track, Spanish Road, which is a Jim McCarty doing the Roger Moore improvisation. But a cinch, old over a Spanish guitar backing. That was really good, actually. Also one of those old tone singles that used to get into our charts a few years back, but the whole fountain thing put in and the acid stuff was Western theme. Mess on track, were cut in the CBs studio in New York. But it was very near to the end of the group and they were never really completed.

**Getting back to Zeppelin 3, where did you unearth the traditional song Gallows Pole (which used to be a folk club standard around 1965, with everyone from Bert Jansch to Spider John Koerner doing it)?**

That was an old Leadbelly LP I used to dash, a 12-string player, who I don't was the first white man to pick up on the instrument, having been influenced by Leadbelly. He was certainly heavy Leadbelly overtones on the record and, as far as I know, the album was a well received. Certainly got degraded in and retuned to Venice. In Clarence, where we kept out of the profession. He must have kept playing though because he's one he recorded a version on Lakonia, which is very good. Anyway, I used his version as a basis, but the arrangement we use is totally different, of course.

This arrangement is... I suppose you could say that it was restricted, but under a structure of secrecy.

D000155 160-00007

---



**Swiftly leaping onto the fourth, I think that album is important in a number of ways – principally for Robert Plant's vocals, which seems to hit a peak.**

**Yet other songs are obviously developed in a very painstaking way – like Stairway to Heaven, say. How was that written? Lyrics first. I would imagine from the metre**

**From your own experience you must realise that most "rock critics" haven't got a clue what they're talking about.**

**So many big rock stars seem extremely vulnerable to press opinion, and yet most critics have lamentably little knowledge of their subject – but I've seen Hendrix's death, the break up of Cream amd all sorts of things attributed directly to the printed word.**

56   00008

To stay on the vulnerability/frailty of the rock star theme, it seems to me that you are unusually stable in your profession, as if you discovered how to sidestep the pressures. You've quit the ostentatious guitarist-in-the-public-eye thing and retreated, to prolong active life, as it were. Well, I've been through all that and I have at times felt the need to completely shatter all by it all. It's not so much a question of retreating or fading away as being able to come over the top of it, who knows if everything long term? I suppose there a moment of exhaustion when its whole thing falls into perspective and you see everything in relief and I get really desperate and shattered by all the bad press, not because you and I have a cool turn, because we can see the prolonged. Somehow some press comments were put down until I was musically going very unnatural, especially when I knew I was doing the best I could.

...

Chris: You can develop a tremendous sense of self in your many years both on the road. I know and no one is a bare word in the business, but the fact is, you find you have some resources of nervous energy you're going to have to pass a certain point. Sure, I'm sure I do know of groups who have been wearing for years and years and ending up with nothing because the chemistry has retreated. In the way down the line it is just a sort of things breaking. We've very unlucky in that respect because we've got Peter Grant who is like a father or rather of the group he comes on every single gig, so see which is something very few managers would ever consider doing.

**What about this constant living out of a suitcase... surely that can grind you down after a while? For instance, what about that Yardbirds tour you did – which was something like two gigs a night for a month?**

Right. At the time it didn't seem so bad as it was. It was like one being in a group and expected that sort of thing, but I couldn't do it now. It was on the Dick Clark Caravan Of Stars and it consisted of long time, but for enough traveling from town to town gig to gig. It got to the point when there were so many people on the bus that you'd just use the toilet you can't had to wait. You've got to the gig or else late and the bus would stop at some convenient place along the way. We were sharing this bus with Sam The Sham & The Pharaohs, Gary Lewis & The Playboys, and a host of people. I was so tired, I'd stay off to and to deep on the luggage rack depending on whether or not Carl Lewis and his crew travelled by plane or that sort of time, and we'd go to the gig and then one of Brian Hyland, who opened the bus show, and we'd set stuff on off the bus on a tree stage. There was no time to do any of that sort of thing like that. And it was a double gig, another world is in the same car, the bus wouldn't start us to motor service. Like it was some of those gigs you were which I had just no out of even using Brian Holland and white soul of the one gig. It was ludicrous to remember how bad it was.

Chris: You had it down, the real pressure comes on you're doing the best you can, and if records are not selling, it's as crap. That really affects your at some point, and I know of other people who've probably been affected to a greater...

...but I know it's no good in that it doesn't get to be just out of...

**To change the subject completely, whose records do you listen to when you're just lying around at home?**

Bits came in the other time, the ones that double album once. I mean, I like most of the tracks on it. The first few prove I've never liked, especially the rocky bit. Actually this is one of the best LP of its time. I mean, everyone who can see, and that LP, many of them are some of the reasons I play. Communication Breakdown. I still listen to his stuff. A lot of it is very I used to think he travelled through. Initially my type records and he'd recorded a long way and I'd rather this rubbish. I mean and I'm saying this is stuff that would their put on a bunch of old sounds and sort of sounds.

I'm not sure that when my first was so good, but I am not sure that some of them my it's always struck me a very good guitar from that sort of advanced group at one of the Birth of the blues which is whatever you saw it, it's a very mass of balance and performance was stunningly good at the time, their stuff like very nice and stiff and some every night. They were the ones you got silence enough they didn't strike me in a very unusual blues like Spirit did, for instance.

I saw also a couple of times and thought they were very good – and the band to see anything. I had to go around and see them with a hundred of time and dead band – no one there perhaps a member of me into town and they are at the one for less to go and down blues all the Moments in a very swinging instruments and mixing other musicians that were that had such good teamwork and if a good performance that. I hear...

...it doesn't matter over the road it's only to me and work, so where a son to see in a last few miles a shit well in the record every night of an operating in Avalon Ballroom and a very classy and hameless thing really all season subtract only as stopped as you'd type them up in every you rack there are a few of them and it suddenly emerges from the amplifier that suddenly emerge out of too much vibration the tone of the planning you like and then I'm not sure it because the spirit and at that moment is it.

**And their best albums were never released here? Which other American bands impressed you on stage?**

I'm not I do know at least. They had some feeling and did you like the things of one stream and so very great last few. The real is something of guitarist who play they keep on until, so it he did a religious thing on it very a great.

*Pete Frame's latest book,* The Restless Generation: How Rock Music Changed the Face of 1950s Britain, *is published by Rogan House.*



D000157

C00009

160A

# EXHIBIT

# 160A

CASE NO. _____15-cv-3462-RGK-AGR_____
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust
_____

VS. _____Led Zeppelin *et al.*_____

PLAINTIFF'S EXHIBIT _____160A_____

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-386

# AUDIO EXHIBIT 160

# ZIG ZAG INTERVIEW WITH JIMMY PAGE [AUDIO] [PAGE] [D160]

205A

# EXHIBIT

# 205A

CASE NO. _____ 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT _____ 205A

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

# AUDIO EXHIBIT 205

# SPIRIT'S FRESH GARBAGE

# PERFORMANCE (FEB. 3,1970)

# (7:58) [AUDIO] [JONES]

305

**NORTHERN CALIFORNIA**
FOLK-ROCK FESTIVAL

CASE NO. ___15-cv-3462-RGK-AGR___

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. ___Led Zeppelin *et al.*___

PLAINTIFF'S EXHIBIT ___305___

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO-386                    Deputy Clerk

EXHIBIT 305
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9970

MAY DAY &
23,24 NIGHT
25

THE JIMI HENDRIX EXPERIENCE • JEFFERSON AIRPLANE •
CHAMBERS BROS. • LED ZEPPELIN • ERIC BURDON • SPIRIT •
CANNED HEAT • BUFFY ST. MARIE • YOUNGBLOODS • STEVE MILLER
CHUCK BERRY • MUDDY WATERS • TAJ MAHAL • NOEL REDDING •
LEE MICHAELS • BLUES IMAGE • SANTANA • AUM • ELVIN BISHOP •
POCO • • • PEOPLE • LINN COUNTY • LOADING SHOE •
LINDA D'IVINE • CAT MOTHER • DOC WATSON • NEW LOST
CITY RAMBLERS with LIGHTS BY HEADLIGHTS & SPECIAL EFFECTS BY PULSE.

**TICKETS:**

305-00001

313

# 'Rock' Concert Is Real Groovy

### By THOMAS MacCLUSKEY
*Rocky Mountain News Music Critic*

Barry Fey did it again — a GREAT rock concert at the Auditorium Arena Thursday night with the Vanilla Fudge, Spirit and Led Zeppelin in colorful living sound!

And Feyline has nearly solved the sound fidelity problem—even on the main floor —with stationary speaker systems on the floor augmenting the group's systems on the rotating circular stage.

One hitch occurred—tangled cables underneath the bandstand pulled the plug on the Fudge and almost melted their entire performance. When repairs were completed, the clock had punched my deadline. Thus—catch the Fudge review in Saturday's Rocky Mountain News.

Spirit—quintessima strong —MUSICAL!

Everything especially interesting because of a non-ending, highly varied rhythmic continuum structured by Ed Cassidy, pile-driven by bassist Mark Andes, girded by conga drummer son, and filigreed by pianist John Locke and guitarist Randy California.

A UNIQUE dimension added to Spirit's performance was an effective use of varied volume levels. The result not only rendered lyrics thankfully distinguishable, but also enabled a greater variety of subtle pitched and percussive sounds to filter through the textured surface of the music.

Spirit's performance of "Mechanical World" and "Elijah" were exceptionally groovy. The latter, a jazz-oriented swinger in ¾ meter featured each of the players. Locke and Cassidy proved to be the most inventive, although Ferguson's and Andes' display of hambone performing (rhythmic slapping of the thighs and hands) was enjoyable.

A further dimension especially welcome, was the group's friendliness to the audience and humor.

THE CONCERT was cranked off by another heavy, the Led Zeppelin, a British group making its first U.S. tour.

Blues oriented (although not a blues bandy, hyped electric, the full routine in mainstream rock—done powerfully, gutsily, unifiedly, inventively and swingingly (by the end of their set).

Singer Robert Plant—a cut above average in style, but no special appeal in sound. Guitarist Jimmy Page, of Yardbirds fame—exceptionally fine. Used a violin box on the guitar strings in a couple of tunes with resultant interesting, well integrated effects.

Bassist John Paul Jones—solid, involved, contributing. John Bonham—a very effective group drummer, but uninventive, unsubtle and unclimactic in an uneventful solo.

Thanks, Barry!

CASE NO.    15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.    Led Zeppelin et al.

PLAINTIFF'S EXHIBIT    313

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-386

PLUS
DICK BOGARDE IN
OUR MOTHER'S HOUSE
SHOWN 7:15 ONLY!

Ample Free Lighted Parking

TABOR
Fine Arts Theater
3333 WEST ALAMEDA • 936-6314

EXHIBIT 313
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9978

D000136

313-00001

314

CASE NO.    15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.    Led Zeppelin et al.

PLAINTIFF'S EXHIBIT    314

DATE _____ IDEN.

DATE _____ EVID.

        BY _____
                        Deputy Clerk
AO-386

EXHIBIT 314
WIT: Ferguson
DATE: 1-23-16
DAYNA HESTER, CSR 9970

D000202

# Atlanta Pop 'Greatest Musical Fair Ever?'

## A Collage Of Sights And Sounds

**6   THE HURRICANE   Friday, July 11, 1969**

By CYNI ZABEC
Hurricane entertainment Editor

Approximately 120,000 hip people trekked to the Atlanta Raceway last weekend for the Atlanta International Pop Festival, three days of solic sounds, real, and suffering.

Billed as the greatest musical fair ever, it lived up to expectations though what with top groups like Led Zeppelin, CTA, Creedence Clearwater Revival, Canned Heat plus superstock stars as Janis Joplin an Al Kooper.

Performing in near 100 degrees temperature, the musicians managed to satiate the multi-crowd. However, despite the free camping and watermelon, facilities were almost nonexistent. Freaks were bathing in murky lakes, sucking on ice cubes and popping salt tablets to keep cool. Casualties ranged from heat strokes to bummer trips to an unfortunate miscarriage, and an ambulance seemed to be always in front of the clinic.

On top of it all, on Friday night, July 4, all the power went out for about a half hour, delaying River's band just begun to set and was cut off in the middle of his second number. The audience became impatient especially with River's drummer who evidently wasn't prepared to do a 50-minute drum solo. However, someone plugged in, the show continued until close to five in the morning.

Saturday's line-up included Spirit, Led Zeppelin, Blood, Sweat and Tears, CTA, Joe Cocker, Janis Joplin, plus repeat performance by Sweetwater, Delaney and Bonnie, and Pacific Gas and Electric.

Led Zeppelin received several standing ovations and was called back to do more. Janis and her new band tore everybody's mind.

The atmosphere backstage was happening. Groups and groupies mingled with the pseudopress and the hip hierarchy. Food and drinks were passed around and the musicians carried fame to and from gigs. Outside, kids huddled close to the stage, now and then one catapulted onstage providing a free show or obstructing one.

During the daylight hours which usually lasted until late in the evening, makeshift tents sprouted like mushrooms. A water hose provided free showers and a good dousing, and a few Johnny-on-the-spot closets added a touch of reality to the festival.

A menagerie of sorts inhabited the grounds: straight cats, Height cats, tawny bop cats, Plaketon coppers, vegetarians, and Aquarians, all were growing or experimenting so. Consider Atlanta ZAPPED!

314-00001

316



# SEATTLE POP FESTIVAL

### FRIDAY, JULY 25, 1969

GROME BYRDS / ALBERT COLLINS
BO DIDDLEY / SANTANA
FLYING BURRITO BROTHERS / YOUNGBLOODS
TEN YEARS AFTER / TIM BUCKLEY
GUESS WHO / IT'S A BEAUTIFUL DAY
MURRAY ROMAN / BYRDS

### SATURDAY, JULY 26, 1969

FLOATING BRIDGE / IKE AND TINA TURNER REVU
CHARLES LLOYD / GUESS WHO
SANTANA / BO DIDDLEY
ALBERT COLLINS / LONNIE MACK
THE FLOCK / CHICAGO TRANSIT AUTHORI
IT'S A BEAUTIFUL DAY / CHUCK BERRY
TIM BUCKLEY

### SUNDAY, JULY 27, 1969

BLACKSNAKE / ALBERT COLLINS
YOUNGBLOODS / FLYING BURRITO BROTHERS
GUESS WHO / IKE AND TINA TURNER REVUE
SPIRIT / CHARLES LLOYD
BO DIDDLEY / LED ZEPPELIN
VANILLA FUDGE / LEE MICHAELS
THE FLOCK / DOORS
CHUCK BERRY

*LIGHTS BY THE RETINA CIRCUS*

CASE NO. 15-cv-3462-RGK-AGR
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust
VS. Led Zeppelin et al.
PLAINTIFF'S EXHIBIT 316
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk
AO-388
CASE NO. 15-cv-3462-RGK-AGR

D000119
LEDZEPPELIN.COM

EXHIBIT 316
WIT: Ferguson
DATE: 1-43-16
DAYNA HESTER, CSR 9970

316-00001

318

BOYD GRAFMYRE PRESENTS THE FIRST ANNUAL

# SEATTLE POP FESTIVAL

CHUCK BERRY
BLACK SNAKE
TIM BUCKLEY
ERIC BURDON
THE BYRDS
CHICAGO TRANSIT AUTHORITY
ALBERT COLLINS
BO DIDDLEY
THE FLOCK
FLYING BURRITO BROTHERS
GUESS WHO
IT'S A BEAUTIFUL DAY
LED ZEPPELIN
CHARLES LLOYD
MURRAY ROMAN
SANTANA
SPIRIT
TEN YEARS AFTER
IKE & TINA TURNER
THE YOUNGBLOODS

## 25, 26, 27 JULY
## GOLD CREEK PARK
## WOODINVILLE, WASHINGTON

CASE NO. _____15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. _____Led Zeppelin et al._____

PLAINTIFF'S EXHIBIT ____318____

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                    Deputy Clerk

AO-386

EXHIBIT __318__
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER CERTIFIED

319

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.    Led Zeppelin et al.

PLAINTIFF'S EXHIBIT _____ 319

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                 Deputy Clerk

AO-386

## The Texas International
# POP FESTIVAL

| SATURDAY | SUNDAY | MONDAY |
|---|---|---|
| August 30 | August 31 | September 1 |
| Canned Heat | Chicago Transit Authority | Crosby, Stills, Nash & Young |
| Chicago Transit Authority | James Cotton | Delaney & Bonnie & Friends |
| James Cotton Blues Band | Delaney & Bonnie & Friends | B. B. King |
| Janis Joplin | Incredible String Band | Nazz |
| B. B. King | B. B. King | Sly and the Family Stone |
| Herbie Mann | Led Zeppelin | Spirit |
| Rotary Connection | Herbie Mann | Sweetwater |
| Sam & Dave | Sam & Dave | Ten Years After |
| | | Tony Joe White |

**FREE CAMPING NEARBY**
light show by Electric Collage
stage and sound by Hanley

# LABOR DAY WEEKEND
## AUG. 30-31, SEPT. 1
## 3 BIG DAYS
Daily - 4 P.M.

# DALLAS INTERNATIONAL MOTOR SPEEDWAY

INTERSTATE 35 E   only 12 miles north of Dallas

EXHIBIT 319
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9570

319-00001



319-00002

# 'Pop' Festival Eyes Big Crowd

LEWISVILLE, Tex. (AP) — With an anxious eye cast at White Lake, N. Y., promoters of the Dallas International Pop Festival prepared for an influx of up 125,000 persons Saturday.

The three-day festival, starring some of the top names in rock music, gets underway Saturday and is scheduled to end Monday, Labor Day.

The talent lineup includes Canned Heat, Chicago Transit Authority, James Cotton Blues Band, Janis Joplin, B. B. King, Herbie Mann, Rotary Connection, Sam & Dave, Led Zeppelin, Delaney & Bonnie & Friends, Incredible String Band, Johnny Winter, Nazz, Sly & The Family Stone, Spirit, Sweetwater, Ten Years after, Freddie King and Tony Joe White

Promoters say this festival will not be like that at White Lake, N. Y., where crowds swamped the festival grounds.

Unlike White Lake, the grounds in this small town about 15 miles north of Dallas, are on a major interstate highway

Gary Buckner, one of the promoters, said about 20,000 persons had bought tickets Friday. He estimates between 65,000 and 100,000 will attend but facilities are prepared for 125,000.

Large groups of long-haired young people started arriving Monday in the camp grounds which surround a large lake, Garza-Little Elm Reservoir, near the festival grounds.

Usually over the Labor Day weekend thousands of persons flock to the federal camp grounds around the lake but park rangers say with hundreds of acres of parkland available they see no crowding problems.

Highway Patrol Capt. W J White said he is reducing coverage over his 12-county district during the Labor Day weekend to put one-third of his force at Lewisville

"We have a responsibility on these long holiday weekends to keep the drunks off the highways to save lives. It's going to stretch us pretty thin to cover the district and this festival," he said.

319 319-00003

6 C The Dallas Morning News Wednesday, September 3, 1969 ★★★★

## Festival in Review:

# Groups Grooved At Pop Festival

By ANN SACK

It's all over but the shouting [illegible] weekend. But [illegible] of the [illegible] are probably still talking about [illegible] at the Texas International Pop Festival.

[illegible] Pop-In participants [illegible] memories to share. [illegible] feeling [illegible] developed over the 3-day period that [illegible] meaning of brotherhood.

[illegible] selections from [illegible] sound [illegible] compared [illegible] sounds.

Heavy [illegible] the weekend but each group [illegible]

[illegible] Ice White and [illegible] put forth that [illegible] Salad [illegible] Among other [illegible] sentimental [illegible]

FOR JOHNNY Winter [illegible] Monday [illegible] announced that coming back to the happy, open atmosphere of the Pop Festival was "unbelievable." There's nothing shy or [illegible] about [illegible] Although [illegible] he [illegible]

Janis Joplin [illegible] as a conquering [illegible] coming home. Her performance late Saturday night won her the title of Queen of the Festival [illegible] Her overwhelming personality, as well as her undeniable talent, brought to life the [illegible] crowd.

B. B. King, a veteran of the concert circuit, delivered a lively show each night of the Pop-In. He told the crowd that he was honored and flattered to have been asked to appear all three nights, something he had never been signed to do before, and his gratitude was evident in his act. King is obviously a perfectionist when it comes to music. And despite distractions in the crowd, he strongly commanded their attention.

THE LABOR DAY crowd handed 10 Years After the finest possible review — two encores. The group's strong point is their virtual control of the audience. When the crowd's response, which they themselves generate on purpose, over-powers their music, they softly generate quiet but active attention. Unfortunately, this quality cannot quite be captured on wax.

A group that utilizes gimmicks so profusely often ends up relying on that alone. Sweetwater turned on the participants by distributing souvenirs like frisbees and candy bars. But to say that Sweetwater lit up the crowd would be an understatement. Long before they asked the folks-out-there to strike matches, they had generated thousands of excitement-kilowatts with their matchless, tight music.

Delaney & Bonnie & Friends gained thousands of additional "friends" in their two appearances. They have managed to strike a fine balance between country-blues harmony and rock background. And their use of brass punctuates the vocals. This impeccable interplay will bring the versatile friends to the fore.

Unlike the proverbial balloon, Led Zeppelin flew high late Sunday night. "Communication Breakdown" was only one of the fine numbers they offered. They tended, however, to drag their heavy interludes out a little too long. But even this could not dull the crowd's appreciation.

ROTARY CONNECTION spun through many different moods. The group, strong in many areas, climaxed their performance with their own rendition of "Ruby Tuesday."

Early Tuesday morning, Sly & the Family Stone ended a truly super Festival. It took the stage crew a full hour merely to ready the equipment, but it was well worth the wait. Because of the extreme late hour they could not perform nearly as long as the audience seemed to want them to. But they ended both their stint and the entire 3-day experience with "Higher." Although the crowd was long on its feet, the mood continued to soar.

For us "everyday people," "Higher" well could have been the theme of the first annual Texas International Pop Festival. [illegible] the entire Festival [illegible] Labor Day weekend 1969 [illegible]

—Dallas News Staff Photo

Dallas News photographer Robert Shaw is responsible for this unusual study of Pop Festival headliner Janis Joplin. The great blues singer drew standing ovations during her appearance and Shaw captured her in a characteristic singing posture.

PLAZA CARROLLTON Ph. 242-3777
"THE MALTESE BIPPY"
7:15-9:25—In Color
Rowan and Martin

FILMED IN DALLAS IN COLOR
ADULTS ONLY

REX 525 West Jefferson OPEN 12:30 NOON
$1.50 TILL 1 P.M. Couples Welcome
Not Suitable for Young Persons
Don't Miss It! Ends Thursday
THE FIRST ADULT FILM ABOUT THE ADULT FILM INDUSTRY ITSELF!
STARLET
Co-Hit "SMOKE AND FLESH"

UNDERGROUND MOVIES
Not Suitable for Young Persons
Box Office Opens 10 A.M.
SOUND FEATURE THIS WEEK! "SEAT OF PASSION"
plus
"PARK OF PLEASURE"
CINNE ARTS THEATER
1729 So. Ervay 426-6490
Free parking 1 blk. so. of Theater

Chateau
Held Over 2nd Big Week!
"TRUE GRIT"
John Wayne—Glen Campbell
Kim Darby—In Color

Buena Vista
"THE MALTESE BIPPY"
Rowan & Martin—Color

● SMOKING IN BALCONY
● PLENTY FREE PARKING
DELMAN
Lemmon at No. Tollway
Open 7:00—In Color
Feat. 7:25-9:40
"TRUE GRIT"
John Wayne—Glen Campbell and Kim Darby

319-4 319-00004



SHOWCO AND INTERNATIONAL POP FESTIVALS, INC.

Presents

TEXAS INTERNATIONAL POP FESTIVAL

GOOD ONLY
SUN. AUG. 31
DAILY 4:00 P.M.

No. 38263

IF STUB DETACHED
ADVANCE SALE

$6.00 Advance
$7.00 at Gate
GENERAL ADMISSION

DALLAS INTERNATIONAL SPEEDWAY I-35 NORTH OF DALLAS



319-00007

TEXAS INTERNATIONAL POP FESTIVAL 1969

Tues., Sept. 2, 1969





# Tex. Rock Festival Peaceful

### By JEFF MILLER
The Press-Chicago Daily News

Lewisville, Tex.—Texas' contribution to the Labor Day weekend rash of rock festivals was the Texas International Pop Festival which finished a three-day run here yesterday at this town of 10,000 about 20 miles north of Dallas.

Interpop Superfest, Inc., and Showco, Inc., producers of the show, estimated attendance at almost 200,000. Janis Joplin, Johnny Winter, Led Zeppelin, Canned Heat and the Chicago Transit Authority were the headliners of the festival. But like the recent Woodstock festival, the biggest show happened offstage.

MANY of the festival goers spent the weekend at the garza-little Elm Reservoir campgrounds maintained by the U.S. Corps of Engineers about five miles north of the festival site at Texas International Speedway.

Early arrivals, having read the stories in the national press on Woodstock, wasted no time going swimming in the nude and breaking out the drugs. By Sunday afternoon, one could very well, as it was said about Woodstock, "get stoned just sitting there."

Police were lenient on drug usage at the campground and the festival site, even though usage of marijuana and hard-er drugs was open. Lewisville city police, augmented to 100 by reserves and off-duty Dallas officers, confined most of their activity to handling traffic, which grew heavy but unlike Woodstock, was never unmanageable. Festival promoters had advertised parking places for 40,000 cars on the speedway grounds.

POLICING of the festival site and the campground was provided by the festival's own hippo security force, called the "family." Girls in bikinis with red cross armbands took youths suffering bad drug trips to the "trip tent" maintained by the Hog Farm, a New Mexico hippie commune which performed a similar function at Woodstock.

The Hog Farm also ran the free kitchen at the campground where those who couldn't raise the 50c or a festival ticket could eat, and steal the freedom of the rest the hangs and giving like the festival...



STARRY-EYED FAN—Oblivious to the 90-plus-degree heat, a furry-capped fan gets an eyeful while making the scene at the Texas International Pop Festival in Lewisville, Tex. Sunday.

—Associated Press WIREPHOTO


31938-00008

321

Page 36—MELODY MAKER, February 7, 1970

# NEWS EXTRA

✱

LED ZEPPELIN vocalist Robert Plant was hurt in a road crash on Saturday, returning from Mothers Club, Birmingham, where he had been to see Spirit.

A mini van and his Jaguar collided and both cars were written off. Plant was taken to Kidderminster Hospital with a badly cut face and smashed teeth, but he discharged himself on Monday, and is spending this week convalescing at home. He hopes to be fit for Zepplin's concert at the Usher Hall, Edinburgh on Saturday.

✱

CASE NO. 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT 321

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

EXHIBIT 321
WIT: Ferguson
DATE: 1-13-16
DAYNA HESTER, CSR 9970

D000146
321-00001

373



CASE NO. 15-cv-3462-RGK-AGR

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin *et al.*

PLAINTIFF'S EXHIBIT 373

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO-396





CBS
63278



# SPIRIT

MARK ANDES—BASS & VOCALS
CASSIDY—DRUMS & PERCUSSION
RANDY CALIFORNIA—GUITARS
JOHN LOCKE—KEYBOARD
JAY FERGUSON—VOCAL & PERCUSSION

SIDE 1

FRESH-GARBAGE/Ferguson
UNCLE JACK/Ferguson
MECHANICAL WORLD/Andes & Ferguson
TAURUS/California
GIRL IN YOUR EYE/Ferguson
STRAIGHT ARROW/Ferguson

SIDE 2

TOPANGA WINDOWS/Ferguson
GRAMOPHONE MAN/Ferguson, Locke,
California, Andes & Cassidy
WATER WOMAN/Ferguson
THE GREAT CANYON FIRE
IN GENERAL/Ferguson
ELIJAH/Locke

Producer: Lou Adler
Strings & Horns Arranged By Marty Paich
Engineers: Eirik Wangberg, Armin Steiner
& Mike Leitz
Album Design: Corporate Head
Art Director: Tom Wilkes
Cover Photo: Guy Webster
Back Cover Photo: Jay Thompson
Assisted By Terry Clements/Marshall Blonstein/Doug Wallack

EXHIBIT
373

L Mueller
1·22·16

CBS is a Trademark of the Columbia Broadcasting System,
Inc., U.S.A.

Printed and made by Ernest J. Day & Co. Ltd., London, W.H. Patent Pending

BE PLAYED ON TODAY'S MONO RECORD PLAYERS WITH EXCELLENT RESULTS. THEY WILL LAST AS LONG AS 373-00001

500-1

**Chromatic line**

**Dido's Lament** (six chromatic pitches)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | G# | G | F# | F | ↓ ▮ | → | A |

**Taurus** (five chromatic pitches)
A    G#   G    F#   F          D A

**Stairway** (five chromatic pitches)
A    G#   G    F#   F          G A

Both Taurus and Stairway use a minor chromatic descending bass line through first 5 pitches and return to the tonic (A minor) without passing through E, which is the the typical cadence.

"Tonic" is the musicological term for the central tone or pitch of the *key*.

**Both Taurus and Stairway are in the key of A minor, so the "tonic" is A.**

CASE NO. __15-cv-3462-RGK-AGR__

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.    Led Zeppelin *et al.*

PLAINTIFF'S EXHIBIT __~~NO.~~ 500__

DATE _____ IDEN.

DATE _____ EVID.

BY _____
               Deputy Clerk

AO-388

501-1

**CHROMATIC LINES (Data derived from Ferrara reports)**
**Taurus** [Ferrara 2/10/16 Mus Ex 1, Attachment B p. 2]

| A | G# | G | F# | F | | D | A |

**Stairway** [Ferrara 2/10/16 Mus Ex 1, Attachment B p. 2]

| A | G# | G | F# | F | | G | A |

**"OTHER ART" CITED BY FERRARA**
**Dido's Lament** (all six chromatic pitches) [Ferrara 2/10/16, Mus Ex 2, Attachment B p. 6; Visual Exhibit D]



A   G#   G   F#   F   ↓ → A

**Michelle** [Ferrara 2/10/16 Mus Ex 14 Attachment D p.8]



A   G#   G   F#   F   ↓ → A (major)

**Walkin' My Baby Back Home (trombone part)** [Ferrara 2/10/16 Mus Ex 6, Attachment B p. 14]



A   G#   G   F#   F   ↓ → A

**It Don't Mean a Thing (If It Ain't Got That Swing)** [Ferrara 2/10/16 Visual Exhibit H]



A   G#   G   F#   F   ↓ → A

**Chim Chim Cher-ee** [Ferrara 2/10/16 Mus Ex 4, Attachment B p. 10]



A   G#   G   F#   F   ↓   D#   ↓ → A

A   G#   G   F#   F   ↓ → A

**Cry Me a River** [Ferrara 2/10/16 Mus Ex 13, Attachment D p. 8]



A   G#   G   F#   F   G C ↓ → A   G#   G   G#   F ↓ → A

**How Insensitive** [Ferrara 2/10/16 Mus Ex 5, Attachment B p. 12; Visual Exhibit F]



A   G#   G   F#   F   Bb   B ↓ → A

**To Catch a Shad** [Ferrara 6/1/16 Audio Exhibit 3; Mus Ex 1, p.9]



A   G#   G   F#   F   ↓ → A ↓ → A

**What Are You Doing the Rest of Your Life** [Ferrara 2/10/16 Visual Exhibit L]



A   G#   G   F#   F   D   B   ↓ → A

502-1

**Harmony ("chords")**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Taurus** | Amin | Amin/G# (G#*) | Amin/G (C/G) | $D^7$/F# | F5 | D5  A5 |
| **Stairway** | Amin | Amin/G# (G#*) | Amin/G (C/G) | D/F# | Fmaj7 | G A |

Bass line and chords have durations of two beats for each of the first four pitches (A, G#, G, F#) and harmonies and four beats for the fifth (F) before returning (cadencing) to A minor in the the fourth measure.

The chords, as can be seen above, are almost identical.

502-0001

503-1

Ferrara Harmony Comparison
Report 2/10/16 Attachment B p. 3

|  | 1st measure | | 2nd measure | |
|---|---|---|---|---|
| "Taurus" D.C.: | Am | G#+ | C/G | F#o7 |
| "Stairway": | Am | G#+ | C/G | D/F# |

|  | 3rd measure | | 4th measure | |
|---|---|---|---|---|
| "Taurus" D.C.: | (F in bass but no chord) | | (D in bass, no chord) | A5 |
| "Stairway": | Fmaj7 | | G/B | Am |

CASE NO. __15-cv-3462-RGK-AGR__

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. __Led Zeppelin et al.__

PLAINTIFF'S EXHIBIT ___503___

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO-306                          Deputy Clerk

503-0001

506-1

Example 6          Ferrara's "most creative and memorable" part of "Stairway" melody also found in "Taurus"



CASE NO. __15-cv-3462-RGK-AGR__

Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.     Led Zeppelin et al.

PLAINTIFF'S EXHIBIT _____ 506

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO-388          Deputy Clerk

506-0001

508-1



D040443

EXHIBIT
2704
5/27/16

508-0001

509-1

Arpeggios (broken chords) and melodies in Stairway and Taurus

| BEAT | | MEASURE 1 | | | | | | | | MEASURE 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEAT | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
| TAURUS | ▮ | ▮ | C | A | E | C/B | A | ▮ | ▮ | | A | E | D | | C | A |
|  | A | | E | C | G# | | E | C | G | C | E | ▮ | ▮ | | C | E |
| STAIR-WAY | | C | E | ▮ | ▮ | | E | C | ▮ | ▮ | E | C | ▮ | ▮ | D | A |
|  | A | | | | G# | | | | G | | | | F# | | | |

Arpeggios or chord tones are highlighted in **yellow**
Melodic two-note sets or pairs from Stairway that are also present in Taurus highlighted in ▮▮▮

CASE NO. ___15-cv-3462-RGK-AGR___
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.  ___Led Zeppelin et al.___

PLAINTIFF'S EXHIBIT ___509___

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                    Deputy Clerk

AO-398

511-1

**Pitch inventory 1st measure**

| "Taurus" | 14 pitches total | | "Stairway" | 9 pitches total | |
|---|---|---|---|---|---|
| pitch | occurrences[1] | % | pitch | occurrences | % |
| A | 3 | 21.5 | A | 2 | 22 |
| B | 4 | 28.5 | B | 2 | 22 |
| C | 3 | 21.5 | C | 2 | 22 |
| E | 3 | 21.5 | E | 2 | 22 |
| G# | 1 | 7 | G# | 1 | 11 |

**Pitch inventory 2nd measure**

| "Taurus" | 14 pitches total | | STH | 9 pitches total | |
|---|---|---|---|---|---|
| pitch | occurrences[2] | % | pitch | occurrences | %[3] |
| C | 6 | 43 | C | 3 | 33 |
| E | 3 | 21.5 | E | 1 | 11 |
| A | 2 | 14 | A | 1 | 11 |
| D | 1 | 7 | D | 1 | 11 |
| G | 1 | 7 | G | 1 | 11 |
| F# | 1 | 7 | F# | 2 | 22 |

---

[1] Two A's are played simultaneously on the first beat of "Taurus"

[2] Two F#'s are played simultaneously on the third beat of the second measure of "Stairway."

[3] Because of rounding to nearest half percent, percentages may not total exactly 100.



British musician ... visits members of the rock group ... after their performance in Milton Keynes, England, circa 1980s. (L-R).

Carmassi and ... talk on the ...

January 01, 1980 |

gettyimages
Hulton Archive

535-0001



Artist: Led Zeppelin
Date: 1968-12-30
Venue: Gonzaga University, Kennedy Pavilion
Location: Spokane, Washington U.S.A.

01. The Train Kept A Rollin'
02. I Can't Quit You
03. As Long As I Have You w/ Fresh Garbage
04. Dazed and Confused
05. White Summer
06. How Many More Times
07. Pat's Delight

538-0001

524V

# 544V

## Hanson Performing Stairway

525v

# 525V

## Hanson Performing Taurus Deposit Copy

527v

# 527V

## TAURUS DEPOSIT COPY BASS CLEF

527x

# 527X

## Comparison - Taurus Bass Clef Played with STH by Hanson



TAURUS

by RANDY CALIFORNIA

HOLLENBECK MUSIC CO
(C) 1967

D040443

2704



DEC 22 1967

CASE NO. 15-cv-3462-RGK-AGR
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS. Led Zeppelin et al.

PLAINTIFF'S EXHIBIT _____ 2704

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO-388                              Deputy Clerk

TAURUS

HollenBeck music Co
(c) 1967.

EXHIBIT
2904

D040443

2704-0001

2705

Case 2:15-cv-03462-RGK-AGR   Document 97-6   Filed 02/25/16   Page 19 of 209   Page ID
#:1108

3.    The four-measure chord progression in "Taurus" (identified in Musical
Example 1 by chord symbols placed above the measure
times in Section A1 and iterated one time in Section A2.
progression in "Stairway" is also identified by chord sym[bol]
measures in Musical Example 1, and is iterated two time
times in Verse 1, and one time in the Interlude.   Starting
four-measure chord progression in "Stairway", the additi[on]
notes that alter the harmony as compared with the first it[...]
acoustic guitar alone through measure 3.

CASE NO.    15-cv-3462-RGK-AGR
Michael Skidmore, Trustee for the
Randy Craig Wolfe Trust

VS.    Led Zeppelin et al.

2705
PLAINTIFF'S EXHIBIT _____

DATE _____  IDEN.

DATE _____  EVID.

BY _____
Deputy Clerk

### MUSICAL EXAMPLE 1

Four-measure chord progressions

Top two lines = Section A in "Taurus" with note values halved

Lower two lines = Measures 1–4 in "Stairway"



4.    The four-measure chord progressions in "Taurus" and "Stairway" are
charted immediately below.[2]   Notably, the chord progression in the second half of the

---

[2]    Chord symbols without a slash ("/") after a letter are in "root" position in which the
name of the chord is the lowest note. (The lowest note of a chord is sometimes termed
the "bass" note although this does not have to actually be played on a bass.)  Chords
symbols with a slash ("/") are not in "root" position.  Instead, the lowest note is the note

EXHIBIT 1
23



2

2708



STAIRWAY TO HEAVEN

Words and Music by
JIMMY PAGE
ROBERT PLANT

Copyright ©1972 by SUPERHYPE MUSIC, INC., 1841 Broadway, New York, N.Y. 10023
International Copyright Secured    Printed in U.S.A.    All Rights Reserved

D000562
2708-0001



D000563



D000564
2708-0003



D000565

2951





**RICHMOND, VA.**
**NEWS-LEADER**
— D. 125,938 —
RICHMOND METROPOLITAN AREA

JUN 7 1969

*Blending of Talent*

# Led Zeppelin: Split-Group Product

**By MIKE GORMLEY**

NEW YORK — In this super star, super group era, in this world of rock where tensions and temperaments run high (as one can get them), the mergings of various and famed artists, musicians and composers are now as frequent as their splits. Led Zeppelin, born last year, is a case in point.

The group was a blending of talent with the highest ratings in pop. Jimmy Page has been a Yardbird, a studio back-up man for the likes of Mick Jagger and Keith Richard, the Kinks, Donovan and others. He had had experience in production, doing an lp with Eric Clapton before Cream. That was "Witch Doctor" and "Telephone Blues," two of the finest tracks ever recorded in England.

John Paul Jones had been an arranger with Jet Harris and Tony Meehan, also for Donovan's "Mellow Yellow," "Sunshine Superman," and "Hurdy Gurdy Man," the Stones' "She's a Rainbow," and two tracks on "Their Satanic Majesties' Request."

John Bonham had drummed for Tim Rose on "Hey Joe," some of the greatest drumming ever.

Lead vocalist Robert Plant is one of the strongest singers around. Led Zeppelin's publicity claims, "His voice is so powerful that when the speakers broke down in Sweden, you could still hear his voice in the back of the auditorium over the entire group." It can be believed.

**BASICALLY HARD ROCK**

Led Zeppelin had a lot going for them. It paid off very quickly. The group is currently one of the hottest bands on the circuits.

"We are basically a hard rock group," said Jimmy Page, lead guitarist. "Rock is refreshing and exciting. I've always been a rock musician. I can't really play anything else. When rock is on you can't pull away from it.

"We'd only been together three weeks when we recorded the album," Page went on. Led Zeppelin's first lp is full of that hard-driving sound that's wowing concert audiences.

"Actually, our stage show consists of about 50 per cent of the tunes on the album," said Page. "We are in the middle of recording a new one which will be different, but still basically rock. We are doing the same thing with this album: going into the studio and jamming until we come up with what we like. We have three or four tracks done now."

**'KIND OF FUNNY'**

Page reflected on Zeppelin's success. "It's kind of funny. On our first tour around, we played second fiddle to other groups. Last time we were the second group and Spirit was the third. Now we've each gone up one notch." On the current tour, Spirit has second billing.

Page admitted to liking American audiences better than British. "North American audiences are much more appreciative of what you are trying to do. Clubs are better to play because it is easier to get across to your audiences, but if you can make a concert work, then, of course, you get to more people at one time."

Page feels British audiences are becoming more aware. "There are a few certain places in England where you'd find people who realize what is going on musically. But the clubs are small so there aren't that many people really aware."

**MANY 'EX' PLAYERS**

I asked him about the Yardbirds' break-up, one of the first major rock splits, perhaps a trend-setter. Eric Clapton fell away, followed by Jeff Beck, Page remaining for a while, then the whole band ended. "I didn't really want the breakup," Page recalled. "But the others just didn't want to continue recording or anything under the name of the Yardbirds."

The rock scene is now peppered with ex-Yardbirds, ex-Cream, ex-Buffalo Springfield and ex-almost-every-othergroup-on-the-charts. They seem almost propelled in their willingness to form new associations and the comings and goings of rock groups and their personnel is often dizzying. Some feel that many artists are getting sick of the whole scene and don't care what they do. Some predict that, like jazz of another era, people will get bored and turn to other forms of music.

Page doesn't think that will happen.

"You see, people couldn't really relate to jazz. It was nice to listen to or sometimes dance to, but after a while, everything had been heard. People can relate to rock mainly because of the words. Jazz didn't really have words. People can listen to what is being said now."

Led Zeppelin is easy to relate to. Though inventive musically, the band sticks to basic, bluesy rock with understandable, universalistic lyrics. What keeps all the elements together is Led Zeppelin's power, a force of control over all their music.

This is the excitement in rock Page was talking about, and it's a big part of Led Zeppelin's sound.

*Copyright 1969, PSS Inc.*



**SPLIT PRODUCT BAND LED ZEPPELIN SCORES** *Pop Scene Photo*

100165A

# 100165A

ZigZag Interview about Bron-Yr-Aur

100164A

# 100164A

## BBC Arms of Atlas Interview with Page, Plant, and Jones

SUMMARY JUDGMENT
AUDIO EXHIBITS 6-47

## Summary Judgment Audio Exhibits 6 – 47
## Please see DVD Enclosed in Binder Pocket and Submitted to Court
# SUMMARY JUDGMENT - AUDIO EXHIBITS

**Audio Exhibit 6:**
Live performance of Led Zeppelin playing Fresh Garbage 1-10-1969

### AUDIO EXHIBITS – COMPARISON AUDIO
**Audio Exhibit 7:**
Stairway to Heaven (0 seconds – 25 seconds)

**Audio Exhibit 8:**
Taurus (45 seconds – 1 minute, 13 seconds)

**Audio Exhibit 9:**
8 measures of Stairway from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 10:**
8 Measures of Taurus from note 1 of the acoustic guitar, repeated multiple times

**Audio Exhibit 11:**
8 measures of Stairway and Taurus played together from note 1 of the acoustic guitar, repeated multiple times

### AUDIO EXHIBITS - RE-RECORDING OF STAIRWAY TO HEAVEN
| | |
|---|---|
| **Audio Exhibit 12:** | **Acoustic Guitar** |
| **Audio Exhibit 13:** | **Bass** |
| **Audio Exhibit 14:** | **Drums** |
| **Audio Exhibit 15:** | **Electric 12 Strings** |
| **Audio Exhibit 16:** | **Electric Piano** |
| **Audio Exhibit 17:** | **End Guitar** |
| **Audio Exhibit 18:** | **Les Pauls** |
| **Audio Exhibit 19:** | **Recorders** |
| **Audio Exhibit 20:** | **Slide** |
| **Audio Exhibit 21:** | **Solo** |

### AUDIO EXHIBITS - RE-RECORDING OF TAURUS
| | |
|---|---|
| **Audio Exhibit 22:** | **Acoustic Guitar** |
| **Audio Exhibit 23:** | **Cello 1** |
| **Audio Exhibit 24:** | **Cello 2** |
| **Audio Exhibit 25:** | **Cymbal** |
| **Audio Exhibit 26:** | **Flute** |
| **Audio Exhibit 27:** | **Harpsichord** |
| **Audio Exhibit 28:** | **String Bass** |
| **Audio Exhibit 29:** | **Viola** |
| **Audio Exhibit 30:** | **Violins** |

# Summary Judgment Audio Exhibits 6 – 47
## Please see DVD Enclosed in Binder Pocket and Submitted to Court

### AUDIO EXHIBITS – ALEXANDER STEWART

**Audio Exhibit 31:**                         (Previously: Audio Exhibit A)
"Stairway to Heaven" (album)

**Audio Exhibit 32:**                         (Previously: Audio Exhibit B)
"Taurus" (album)

**Audio Exhibit 33:**                         (Previously: Audio Exhibit E)
Taurus Live at Ash Grove (7/10/1967)

**Audio Exhibit 34:**                         (Previously: Audio Exhibit C)
Taurus Live at Ash Grove (7/31/1967)

**Audio Exhibit 35:**                         (Previously: Audio Exhibit D)
Taurus Live at Ash Grove (8/8/1967)

**Audio Exhibit 36:**                         (Previously: Audio Exhibit H)
Taurus Demo Recording (8/1967)

**Audio Exhibit 37:**                         (Previously: Audio Exhibit F)
Taurus Live at Kaleidoscope (4/5/1968)

**Audio Exhibit 38:**                         (Previously: Audio Exhibit G)
Taurus Live at The Time Coast

**Audio Exhibit 39:**                         (Previously: Audio Exhibit H)
Taurus Live at Acoustic (1996)

**Audio Exhibit 40:**                         (Previously: Audio Exhibit J)
Combination – Acoustic Taurus Synced to STH SR – Part A, played over Master SR of STH

**Audio Exhibit 41:**                         (Previously: Audio Exhibit K)
Acoustic Taurus Synced to Master SR of STH – Part A

**Audio Exhibit 42:**                         (Previously: Audio Exhibit L)
Stairway Acoustic – Part A:

**Audio Exhibit 43:**                         (Previously: Audio Exhibit M)
Taurus Acoustic – Part A:

**Audio Exhibit 44:**                         (Previously: Audio Exhibit N)
Combination – Acoustic Taurus Synced to Master SR of STH (Part A), played over Acoustic Stairway (Part A)

### AUDIO EXHIBITS – REBUTTAL OF MATHES

**Audio Exhibit 45:**         Mathes Audio Exhibit Tempo Matched - Stairway
**Audio Exhibit 46:**         Mathes Audio Exhibit Tempo Matched - Taurus
**Audio Exhibit 47:**         Mathes Audio Exhibit Tempo Matched - STH & Taurus

### LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 15-3462 RGK (AGR) | Title | SKIDMORE v. LED ZEPPELIN, et al |
|---|---|---|---|
| Judge | R. GARY KLAUSNER | | |
| Dates of Trial or Hearing | JUN 1 4 2016 ; 06.15.16 ; 06.16.16 ; 06.17.16; 06.21.16 ; 06.22.16 | | |
| Court Reporters or Tape No. | | | 06.23.16 |
| Deputy Clerks | SHARON L WILLIAMS, ADEL HUERTA, PAUL CONGCO | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| FRANCIS MALOFIY | PETER ANDERSON |
| GLEN KULIK | HELENE FREEMAN |
| | FILED CLERK, U.S. DISTRICT COURT |
| | JUN 23 2016 |
| | CENTRAL DISTRICT OF CALIFORNIA DEPUTY |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | JANET WOLFE          JUN 1 4 2016 | P |
| | | | | | | JAY FERGUSON         JUN 1 4 2016 | P |
| | | | 312 | 6/14/16 | 6/14/16 | SPIRIT CD | |
| | | | 320 | 6/14/16 | NO | SPIRIT POSTER | |
| | | | 6A JUN 22 2016 | | | AUDIO FRESH GARBAGE | |
| 305 | ✓ | ✓ | | | | POSTER FOLK ROCK FESTIVAL | |
| 313 | ✓ | ✓ | | | | REAL GROOVY ARTICLE | |
| 314 | ✓ | ✓ | | | | ARTICLE-ATLANTA POP FEST. | |
| 318 | ✓ | ✓ | | | | SEATTLE POP FESTIVAL | |
| 319 | ✓ | ✓ | | | | TEXAS POP FESTIVAL | |
| 320 | ✓ | ✓ | | | | SPIRIT POSTER | |
| 321 | ✓ | ✓ | | | | CRASH ARTICLE | |
| 316 | ✓ | ✓ | | | | SEATTLE POP FESTIVAL | |
| | | | | | | MICHAEL WARE (VIDEO) | D |
| | | | 2450 | ✓ | ✓ | MOTHERS CLUB ARTISTS | |
| | | | 2454 | ✓ | ✓ | WEBSITE POST | |
| | | | 2454 | ✓ | ✓ | WARE E-MAIL | |
| 2451 | JUN 22 2016 | | | | | SPIRIT POSTER | |
| 2452 | | | | | | BILLBOARD CHARTS | |
| 2453 | | | | | | BILLBOARD CHARTS | |
| | | | | | | MARK ANDES | D |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. LV 15-3462     Title: SKIDMORE V. LED ZEPPELIN ET AL

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 532V | ✓ | NO | | | | TAURUS CLIP | |
| 524V | ✓ | NO | JUN 22 2016 | | | STAIRWAY TO HEAVEN CLIP | |
| 525V | ✓ | ✓ | | | | TAURUS DEPOSIT | |
| 535 | ✓ | ✓ | | | | PHOTO ANDES / PLANT | |
| 2060 | — | NO | | | | SUPERIOR COURT ORDER | |
| 2058 | ✓ | ✓ | | | | TAURUS DEPOSIT COPY | |
| 352 | ✓ | ✓ | | | | SPIRIT SET LISTS | |
| 2114-1 | ✓ | ✓ | | | | SPIRIT SONGLIST | |
| | | | | | | BRUCE PATES | π |
| | | | | | | JAMES PATRICK PAGE | π |
| 373 | ✓ | ✓ | | | | SPIRIT ALBUM | |
| 157 | ✓ | ✓ | | | | ZIG ZAG INTERVIEW | |
| 205A | ✓ | ✓ | | | | SPIRIT'S FRESH GARBAGE | |
| 160158 | ✓ | ✓ | | | | NEWSPAPER ARTICLE | |
| 2023 | ✓ | ✓ | | | | AUDIO | |
| 39A | ✓ | NO | | | | AUDIO - TAURUS LIVE | |
| 2708 | ✓ | ✓ | | | | STAIRWAY DEPOSIT COPY | |
| 43A242 | ✓ | ✓ | | | | ( FINANCIAL DOCUMENTS (03/2015) PGS 6039245; 6039247; 6039284 6039321 | |
| 160166A | ✓ | NO | YES JUN 22 2016 | | | AUDIO STAIRWAY TO HEAVEN | |
| | | | | | | LARRY KNIGHT | π |
| | | | | | | KEVIN HANSON | π |
| 524V | ✓ | NO | JUN 22 2016 | | | AUDIO / VIDEO | |
| 532V | ✓ | NO | | | | AUDIO / VIDEO | |
| 527V | ✓ | ✓ | | | | AUDIO / VIDEO | |
| | | | | | | ALEXANDER STEWART | π |
| 508L | ✓ | ✓ | | | | LEAD SHEETS - PART A PG. 1 | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CV 15-3462-RGK (AGRX) Title: SKIDMORE V. LED ZEPPELIN ET AL

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 500-1 | ✓ | NO | | | | CHROMATIC LINE | |
| 501-1 | ✓ | ✓ | | | | CHROMATIC LINE PRIOR ART PG.1 | |
| 508-1 | ✓ | ✓ | | | | HARMONY PG.1 | |
| 502-1 | ✓ | ✓ | | | | HARMONY PG.1 | |
| 506-1 | ✓ | ✓ | | | | NOTE PAIRINGS - PG.1 | |
| 2704 | ✓ | ✓ | | | | TAURUS DEPOSIT COPY (FEDERAL) | |
| 509-1 | ✓ | ✓ | | | | TAURUS / STAIRWAY PITCH COLLECTIONS | |
| 511-1 | ✓ | ✓ | | · | | TAURUS / STAIRWAY PITCH INVENTORY | |
| | | | | | | MICHAEL SKIDMORE | π |
| 460-0081 | ✓ | ✓ | | | | STIPULATION FOR ORDER | |
| 2031-0046 | ✓ | ✓ | | | | RENEWAL REGISTRATION | |
| 2070 | ✓ | ✓ | | | | AGREEMENT | |
| 461 | ✓ | ✓ | | | | TRUST | |
| 462 | ✓ | ✓ | | | | AMENDMENT TO TRUST | |
| 463 | ✓ | ✓ | | | | 2ND AMENDMENT TO TRUST | |
| 464 | ✓ | ✓ | | | | 3RD AMENDMENT TO TRUST | |
| 465 | ✓ | ✓ | | | | 4TH AMENDMENT TO TRUST | |
| | | | | | | MICHAEL EINHORN | π |
| 1XX | ✓ | ✓ | | | | LELAND SALE LEVENUES | |
| | | | | | | LAWRENCE FERRARA | Δ |
| 2092 | ✓ | ✓ | | | | FERRARA INITIAL REPORT | |
| 2404 | ✓ | ✓ | | | | REVISED REPORT FERRARA | |
| 41A | ✓ | FED | | | | AUDIO OF TAURUS DEPOSIT COPY | |
| 2704 | ✓ | ✓ | | | | AUDIO TAURUS DEPOSIT COPY | |
| 2705 | ✓ | ✓ | | | | MUSICAL EXAMPLE (AUDIO) | |
| | | | | | | JOHN PAUL JONES | Δ |
| 638 | ✓ | ✓ | | | | GONZAGE CONCERT | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CV 15-03462          Title: SKIDMORE V. LED ZEPPELIN ET AL

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | ROB MATHES | Δ |
| | | | 51A | ✓ | ✓ | AUDIO TAURUS DEPOSIT COPY | |
| | | | 61A | ✓ | ✓ | | |
| | | | 2961 | ✓ | ✓ | MATHES AUDIO TO LATCH & SHAD | |
| | | | 2962 | ✓ | ✓ | AUDIO TAURUS DEPOSIT + TO LATCH & SHAD | |
| | | | 2963 | ✓ | NO | STRUCTURE REPORT | |
| | | | 2014 | ✓ | ✓ | CERTIFIED REGISTRATION | |
| | | | 2060 | .✓ | NO | | |
| | | | | | | TIM GARDNER | Δ |
| PGS FROM EXHIBIT 2041 | | | 639266 | ✓ | NO | PAGES FROM FINANCIAL STMT | |
| | | | 639269 | ✓ | NO | PAGES FROM FINANCIAL STMT | |
| | | | 63926b | ✓ | NO | PAGES FROM FINANCIAL STMT | |
| | | | | | | DAVID KOIRHAYE | Δ |
| | | | 2412 | ✓ | ✓ | PROFIT/LOSS STMT | |
| | | | | | | JEREMY BLIETZ | Δ |
| | | | | | | ROBERT PLANT | Δ |
| | | | | | | JAMES PAGE | Δ |
| | | | 2112 | ✓ | NO | MAY 1969 CHICAGO FLYER | |
| | | | 2964 | ✓ | ✓ | TAURUS CERTIFIED REGIST. | |
| 98 | ✓ | ✓ | | | | NEW MUSIC EXPRESS ARTICLE | |
| 160A | ✓ | ✓ | | | | ZIG ZAG INTERVIEW | |
| 310 | ✓ | NO | | | | SPIRIT CD MAMMOTH GARDENS | |
| 344 | ✓ | NO | | | | CD IMAGE 1ST ATLANTA POP | |
| 6040194 | ✓NO | | (FROM 4/94) | | | | |
| 39A | ✓ | NO | | | | RECORDING TAURUS LIVE | |
| 32A | ✓ | NO | | | | RECORDING SPIRIT ALBUM | |
| 2XX | ✓ | NO | | | | RECORDING COMPARISON VIDEO | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case 2:15-cv-03462-RGK-AGR   Document 272   Filed 06/23/16   Page 5 of 74   Page ID #:7041

LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No. CV 15-3462     Title: SKIDMORE V. LED ZEPPELIN.

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 2011-1 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| 2011-3 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| 2011-5 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| 2011-7 | ✓ | ~~NO~~ | YES | JUN 22 2016 | | AUDIO | |
| | | | | | | | |
| 2016 | ✓ | ✓ | | | | PETITION EXHIBIT A | |
| | | | | | | LAST PAGE - CERTIFICATION | |
| | | | | | | | |
| 2051 | ✓ | | | | | D040241 | |
| 2021 | ✓ | | | | | D000650 | |
| | | | 160 | JUN 22 2016 | | | |
| | | | 140194 to 140241 | JUN 22 2016 | | | |
| | | | 527x | JUN 22 2016 | | | |
| | | | 500 | JUN 22 2016 | | | |
| | | | 100169A | JUN 22 2016 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |