LAW OFFICES OF
## PETER J. ANDERSON
A PROFESSIONAL CORPORATION
100 WILSHIRE BOULEVARD
SUITE 2010
SANTA MONICA, CALIFORNIA 90401
TELEPHONE (310) 260-6030
FACSIMILE (310) 260-6040
EMAIL: pja@pjanderson.com

June 28, 2017

*By Federal Express*

Office of the Clerk
James R. Browning Courthouse
U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103-1526

      Re:    *Skidmore v. Led Zeppelin et al.*; Case Nos. 16-56057 & 16-56287

Dear Sir or Madam:

      Pursuant to the June 16, 2017 Order (docket entry 35) granting, *inter alia*, the motion of appellees James Patrick Page *et al.* and appellee/appellant Warner/Chappell Music, Inc., for leave to transmit trial exhibits, I submitted to the Court a CD of recordings and paper copies of twelve trial exhibits. The paper copies of trial exhibits were scanned by the Court and filed Monday as docket entry 38.

      I am writing to note the following with respect to the scanned paper copies of trial exhibits.

      First, Trial Exhibit 2092 is an expert report with 21 subparts. One of those subparts, 2092-11, is a transcription of the musical composition *Stairway to Heaven*. However, in the filed scan 2092-11 is broken into two parts:

      (a)    The first nineteen pages of 2092-11 end at page 173 of the filed scan, which then proceeds to 2092-12; and

      (b)    The last thirty-five pages of 2092-11 appear at the end of the filed scan, beginning at page 245 and immediately following Trial Exhibit 2964.

Those last thirty-five pages are not part of Trial Exhibit 2964, which is the copyright registration for the musical composition *Taurus*.

      Second, another of Trial Exhibit 2092's subparts, 2092-12, appears twice in the filed scan, at pages 174-75 of the PDF and again at pages 177-79 of the PDF.

Office of the Clerk
James R. Browning Courthouse
U.S. Court of Appeals
June 28, 2017
Page 2

Finally, please note that some of the trial exhibits are in color and, more importantly, the following trial exhibits are color-coded to identify particular musical notes, primarily in musical transcriptions, which of course does not show up in the filed black-and-white scan:

(a) In Trial Exhibit 2092, subpart 2092-3 at pages 2, 6, 9-10, 12, 14, 16, 19 and 22, and subpart 2092-5 at pages 2, 5, 7-14, 16 and 17; and

(b) Trial Exhibits 501 and 509.

The paper copies of trial exhibits that I submitted to the Court retain the color coding. If it would be helpful, I can provide color scans of the trial exhibits.

Thank you for your attention to the foregoing.

Very truly yours,

Peter J. Anderson

cc: Helene M. Freeman, Esq.

    Counsel for appellant-appellee
        Michael Skidmore:
    Francis Malofiy, Esq., *by e-mail*
    Alfred Joseph Fluehr, Esq., *by e-mail*