**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>LED ZEPPELIN; et al.,<br><br>　　　　Defendants-Appellees. | No.　16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>　　　　Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>　　　　Defendants, | No.　16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

amt/Pro Mo commish 04Sept2017

Before: Peter L. Shaw, Appellate Commissioner.

Plaintiff's motion (Docket Entry No. 45) to exceed length limits is granted. The Clerk shall file the response and reply brief submitted at Docket Entry No. 44.

Defendants' optional reply brief is due within 21 days after the date of this order.