UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff – Appellant/ Cross-Appellee,<br><br> v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>        Defendant – Appellee/ Cross-Appellant,<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants - Appellees. | Nos. 16-56057, 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

    The third brief on cross-appeal submitted on August 16, 2017 is filed.

    Within 7 days of this order, appellant/cross-appellee is ordered to file 7 copies of the brief in paper format, with a yellow cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the File a Document - CM/ECF link.

    The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or CM/ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7