# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 16-56057; 16-56287 |
| Case Title | Skidmore v. Led Zeppelin et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 3/12/2018 | Time | 9:00am | Courtroom | 2 |

Location | San Francisco

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Francis Malofiy, Esquire |
| Phone | (215) 500-1000 |
| Email Address | aj@francisalexander.com |
| Party/parties represented | Michael Skidmore, Trustee for Randy Craig Wolfe Trust |
| Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue | Alfred Fluehr, Esquire |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/Francis Malofiy | Date | 1/5/2018 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/ Notices/Disclosures > File an Acknowledgment of Hearing Notice.

-or, if exempt from electronic filing-

*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119

*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103

Phone: 415-355-8190