# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | Nos. 16-56057 & 16-56287 |
| Case Title | Skidmore v. Led Zeppelin |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | March 12, 2018 | Time | 9:00 a.m. | Courtroom | 2 |

| | |
|---|---|
| Location | San Francisco, CA. |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Peter J. Anderson |
| Phone | (310) 260-6030 |
| Email Address | pja@pjanderson.com |
| Party/parties represented | Defendants/appellees and defendant/appellee/appellant |
| Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue | Helene Marian Freeman |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Peter J. Anderson | Date | January 8, 2018 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190