UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br> Defendants-Appellees. | No. 16-56057 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles <br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC, <br><br> Defendant-Appellant. <br><br> and <br><br> LED ZEPPELIN; et al., <br><br> Defendants, | No. 16-56287 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR |

Before: PAEZ and IKUTA, Circuit Judges, and VITALIANO,[*] District Judge.

---

[*] The Honorable Eric N. Vitaliano, United States District Judge for the Eastern District of New York, sitting by designation.

2

Appellee Led Zeppelin is ordered to file a response to Appellant Michael Skidmore's Petition for Rehearing En Banc, filed on October 26, 2018 (Dkt. 74). The response shall be filed within twenty-one days of the date of this order, and shall not exceed fifteen pages.