UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,　　　　Plaintiff-Appellant,　v.　LED ZEPPELIN; et al.,　　　　Defendants-Appellees. | No. 16-56057　D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles　ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,　　　　Plaintiff-Appellee,　v.　WARNER/CHAPPELL MUSIC, INC,　　　　Defendant-Appellant.　and　LED ZEPPELIN; et al.,　　　　Defendants, | No. 16-56287　D.C. No. 2:15-cv-03462-RGK-AGR |

Before: PAEZ and IKUTA, Circuit Judges, and VITALIANO,[*] District Judge.

---

[*] The Honorable Eric N. Vitaliano, United States District Judge for the Eastern District of New York, sitting by designation.

2

The motions for leave to file amicus briefs filed by 123 Songwriters, Composers, Musicians, and Producers Along with NSAI and SONA and the Recording Industry Association of America and National Music Publishers Association are GRANTED.