UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 03 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>    Plaintiff – Appellant/ Cross-Appellee,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>    Defendant – Appellee/ Cross-Appellant,<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>    Defendants - Appellees. | Nos. 16-56057, 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

    The amicus brief submitted on November 5, 2018 by 123 Songwriters, Composers, Musicians, and Producers, along with NSAI and SONA is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7