UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 03 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>    Plaintiff – Appellant/ Cross-Appellee,<br><br>  v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>    Defendant – Appellee, Cross-Appellant<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>    Defendants - Appellees. | Nos. 16-56057, 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The amicus brief submitted on November 5, 2018 by National Music Publishers Association and Recording Industry Association of America is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7