FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, Plaintiff-Appellant, v. LED ZEPPELIN; et al., Defendants-Appellees. | No. 16-56057 D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles ORDER |

| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, Plaintiff-Appellee, v. WARNER/CHAPPELL MUSIC, INC, Defendant-Appellant. and LED ZEPPELIN; et al., Defendants, | No. 16-56287 D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles |

The motions for leave to file amicus curiae briefs by 19 Intellectual Property Professors and by Musicologists are **GRANTED**. Appellee may file one combined brief in response to both amici.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7