**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, <br><br>　　　　Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br>　　　　Defendants-Appellees. | No.　16-56057 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles <br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br>　　　　Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC, <br><br>　　　　Defendant-Appellant. <br><br> and <br><br> LED ZEPPELIN; et al., <br><br>　　　　Defendants, | No.　16-56287 <br><br> D.C. No. 2:15-cv-03462-RGK-AGR <br> Central District of California, Los Angeles |

The order filed on July 26, 2019, at Docket Entry No. 113 is amended as follows:

The motions for leave to file amicus curiae briefs by 19 Intellectual Property Professors and by Musicologists are **GRANTED**. Skidmore may file one combined brief in response to both amici.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Paul Keller
Deputy Clerk
Ninth Circuit Rule 27-7