UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,

    Plaintiff – Appellant/Cross-Appellee,

v.

WARNER/CHAPPELL MUSIC, INC,

    Defendant – Appellee/Cross-Appellant

and

LED ZEPPELIN; et al.,

    Defendants - Appellees.

No. 16-56057

D.C. No. 2:15-cv-03462-RGK-AGR
U.S. District Court for Central California, Los Angeles

**ORDER**

The amicus brief submitted by 19 Intellectual Property Professors on July 1, 2019 is filed.

Within 7 days of this order, amicus curiae is ordered to file 18 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7