CA Nos. 16-56057 and 16-56287
DATE OF DECISION: SEPTEMBER 28, 2018
JUDGES PAEZ AND IKUTA AND DISTRICT JUDGE VITALIANO

# United States Court of Appeals for the Ninth Circuit

―――――――――――――――――――――――

MIKE SKIDMORE,
AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST
*Plaintiff-Appellant-Appellee*

v.

LED ZEPPELIN, ET AL.,
*Defendants-Appellees*

AND

WARNER/CHAPPELL MUSIC, INC.,
*Defendant-Appellee-Appellant*

―――――――――――――――――――――――

Appeals from the United States District Court
for the Central District of California
Hon. R. Gary Klausner, District Judge
Case No. 15-cv-03462-RGK (AGRx)

―――――――――――――

**CORPORATE RULE 26.1 STATEMENT IN SUPPORT OF *AMICUS CURIAE* BRIEF OF 123 SONGWRITERS, COMPOSERS, MUSICIANS, AND PRODUCERS, ALONG WITH NSAI AND SONA, FOR LEAVE TO FILE**

―――――――――――――

Edwin F. McPherson
**McPHERSON LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2326
(310) 553-8833
emcpherson@mcpherson-llp.com

***Attorneys for Amici Curiae***

# RULE 26.1 DISCLOSURE STATEMENT

The Nashville Songwriters Association International (NSAI) and Songwriters of North America (SONA) have no parent corporation, are not publicly traded, and no publicly held company owns 10% or more of their stock.

Dated: July 30, 2019　　　　　　　　Edwin F. McPherson
**McPHERSON LLP**

　　　　　　　　　　　　　　　　　By: /s/ Edwin F. McPherson
　　　　　　　　　　　　　　　　　　　EDWIN F. McPHERSON
　　　　　　　　　　　　　　　　　　　Attorneys for Amici Curiae 123
　　　　　　　　　　　　　　　　　　　Songwriters, Composers,
　　　　　　　　　　　　　　　　　　　Musicians, and Producers, the
　　　　　　　　　　　　　　　　　　　Nashville Songwriters
　　　　　　　　　　　　　　　　　　　Association International
　　　　　　　　　　　　　　　　　　　(NSAI), and the Songwriters of
　　　　　　　　　　　　　　　　　　　North America (SONA)

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit, by using the appellate CM/ECF system on July 30, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated: July 30, 2019              /s/ Edwin F. McPherson
                                              EDWIN F. McPHERSON