# EXHIBIT 1

**From:** AJ Fluehr <aj@francisalexander.com>
**Sent:** Friday, August 16, 2019 4:27 PM
**To:** Anderson, Peter <PeterAnderson@dwt.com>
**Cc:** Helene M. Freeman <hfreeman@phillipsnizer.com>
**Subject:** RE: Skidmore v. Led Zeppelin: Motion to Respond to Government Brief

**[EXTERNAL]**

Peter,

We will let the court know your position.

Thanks,

AJ

**From:** Anderson, Peter [mailto:PeterAnderson@dwt.com]
**Sent:** Friday, August 16, 2019 7:25 PM
**To:** AJ Fluehr <aj@francisalexander.com>
**Cc:** Helene M. Freeman <hfreeman@phillipsnizer.com>
**Subject:** RE: Skidmore v. Led Zeppelin: Motion to Respond to Government Brief

AJ:

Thank you for the clarification. Given the overlap in subject matter/issues, and the Labor Day holiday, defendants will consent to a motion and order giving plaintiff until August 29, 2019, to file a single brief responding to all amici briefs. We would oppose separate briefs.

Best regards.

Peter.