NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORPORATION; WARNER CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>    Defendants-Appellees. | No.   16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California,<br>Los Angeles<br><br>**ORDER** |

| | |
|---|---|
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, | No. 16-56287 |
| Plaintiff-Appellee, | D.C. No. 2:15-cv-03462-RGK-AGR |
| v. | |
| WARNER/CHAPPELL MUSIC, INC, | |
| Defendant-Appellant. | |
| and | |
| LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORPORATION, ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY, | |
| Defendants, | |

**THOMAS**, Chief Judge and En Banc Coordinator.

Oral argument in these en banc cases will be held at 10:00 a.m. on Monday, September 23, 2019, in Courtroom One of the James R. Browning Courthouse, located at 95 Seventh Street in San Francisco, California 94103.

http://www.ca9.uscourts.gov/information/locations.php