**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants-Appellees. | No.   16-56057<br><br>D.C. No.<br>2:15-cv-03462-RGK-AGR<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>        Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants, | No.   16-56287<br><br>D.C. No.<br>2:15-cv-03462-RGK-AGR<br>Central District of California,<br>Los Angeles |

The United States' unopposed motion for leave to present oral argument for ten minutes (Doc. 142) is **GRANTED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7