FILED

UNITED STATES COURT OF APPEALS

SEP 16 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, <br><br>        Plaintiff-Appellant, <br><br> v. <br><br> LED ZEPPELIN; et al., <br><br>        Defendants-Appellees. | No.   16-56057 <br><br> D.C. No. <br> 2:15-cv-03462-RGK-AGR <br> Central District of California, <br> Los Angeles <br><br><br> ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST, <br><br>        Plaintiff-Appellee, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC, <br><br>        Defendant-Appellant. <br><br> and <br><br> LED ZEPPELIN; et al., <br><br>        Defendants, | No.   16-56287 <br><br> D.C. No. <br> 2:15-cv-03462-RGK-AGR <br> Central District of California, <br> Los Angeles |

Plaintiff Skidmore's motion to play certain audio tracks during the en banc argument is denied.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7