UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,

        Plaintiff - Appellant,

 v.

LED ZEPPELIN; et al.,

        Defendants - Appellees.

Nos. 16-56057, 16-56287

D.C. No. 2:15-cv-03462-RGK-AGR
U.S. District Court for Central California, Los Angeles

**ORDER**

      The supplemental brief submitted by appellees/cross-appellant on September 9, 2019 is filed.

      Appellees/cross-appellant are ordered to file 18 copies of the brief in paper format with tan covers for delivery to the Court by 12pm Pacific time on Wednesday, September 18, 2019 with certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

      The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7