FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>LED ZEPPELIN; et al.,<br><br>    Defendants-Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>    Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>    Defendants, | No. 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

Appellant's motion for leave to play audio exhibits at oral argument (Doc. 156) is **DENIED**. The motion for leave to file a reply brief by amicus curiae, the Pullman Group, LLC and Structured Asset Sales, LLC (Doc. 157), is **DENIED** pursuant to Circuit Rule 29-1.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT


        By: Wendy Lam
        Deputy Clerk
        Ninth Circuit Rule 27-7