FILED

SEP 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants-Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>        Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>        Defendants, | No. 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

The California Society of Entertainment Lawyers' motion for leave to file an amicus brief in support of Appellant (Doc. 165) is **DENIED** as untimely.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7