# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the: <br> **RANDY CRAIG WOLFE TRUST** <br> *Plaintiff* <br> v. <br> **LED ZEPPELIN** <br> JAMES PATRICK PAGE <br> ROBERT ANTHONY PLANT <br> JOHN PAUL JONES <br> SUPER HYPE PUBLISHING, INC. <br> WARNER MUSIC GROUP CORP. <br> *Parent of:* <br> WARNER/CHAPPELL MUSIC, INC. <br> ATLANTIC RECORDING CORPORATION <br> RHINO ENTERTAINMENT COMPANY <br> *Defendants* | **NO.:** *TBD* <br><br> **CASE FILED:** <br> MAY 31, 2014 <br><br> **CAUSES OF ACTION:** <br> COPYRIGHT INFRINGEMENT <br><br> RIGHT OF ATTRIBUTION – FALSIFICATION OF ROCK N' ROLL HISTORY <br><br> *JURY TRIAL DEMANDED* |

## PLAINTIFF'S COMPLAINT
COPYRIGHT INFRINGEMENT AND RELATED CLAIMS REGARDING

# STAIRWAY TO HEAVEN

FRANCIS ALEXANDER, LLC
Francis Alexander Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 105
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com
*Law Firm / Lawyer for Plaintiff*

EXHIBIT 1

170. Defendants had direct access to "Taurus" by virtue of their close interaction with the band Spirit and Randy California, and the fact that they listened to Spirit play "Taurus" in concert, and likely purchased the album.

171. Access is also established because the similarities between "Taurus" and the iconic notes, melody, chord progression, structure, tempo, instrumentation, and feel of "Stairway to Heaven" are so strikingly similar that independent creation is precluded.

172. Substantial similarity between "Taurus" and "Stairway to Heaven" is established because, to a reasonable observer, the iconic notes, melody, chord progression, structure, tempo, instrumentation, and feel of "Stairway to Heaven" sound almost identical to Plaintiff's protected expression in "Taurus."

173. Because Defendants undeniably had access to "Taurus" and copied protected expression in "Taurus" to create "Stairway to Heaven," they are liable for direct copyright infringement.

174. Without authorization or permission, Defendants continue to exploit "Taurus" as "Stairway to Heaven," reaping tremendous financial rewards and other pecuniary benefits, to the detriment of Plaintiff.

175. Defendants us of "Taurus" in "Stairway to Heaven" was done with knowledge of the infringement and was otherwise willful.

*****