# EXHIBIT 6

```
 1                        --oOo--
 2       MR. PETER ANDERSON:  THANK YOU, CHIEF JUDGE THOMAS,
 3  AND MAY IT PLEASE YOUR HONORS.  MY NAME IS PETER
 4  ANDERSON, AND I REPRESENT THE DEFENDANTS.
 5            I'D FIRST LIKE TO RESPOND TO SOME OF THE
 6  THINGS THAT COUNSEL SAID.  AT NO POINT IN THIS CASE, IN
 7  DISCOVERY, AT TRIAL, OR IN THE ORIGINAL BRIEFING DID
 8  PLAINTIFF EVER TAKE THE POSITION THAT THE DEPOSIT COPY
 9  WAS IN ERROR.  THE DEPOSIT COPY IS SIGNED BY B. HANSEN,
10  H-A-N-S-E-N.
11            MR. HANSEN WAS A WITNESS THAT PLAINTIFF
12  IDENTIFIED, AND PLAINTIFF SUBMITTED HIS DECLARATION,
13  WHICH APPEARS AT VOLUME 10 OF THE EXCERPT OF RECORD AT
14  2526.  MR. HANSEN WAS A FRIEND OF SPIRIT.  HE -- HIS
15  DECLARATION WAS OFFERED TO AUTHENTICATE MULTIPLE
16  RECORDINGS IN 1967 AND '68, BOOTLEG RECORDINGS.
17            AT NO POINT DID THE AUTHOR OF THE DEPOSIT
18  COPY EVER SAY THERE WAS AN ERROR IN IT.  AT NO POINT DID
19  PLAINTIFF EVER ARGUE, SUBMIT ANY EVIDENCE, THAT THE --
20  THAT THE DEPOSIT COPY WAS INCORRECT.
21            NOW, RANDY CALIFORNIA HAD SIGNED AN AGREEMENT
22  WITH LOU ALDER'S COMPANY, HOLLENBECK MUSIC, AND
23  TRANSFERRED ALL OF HIS RIGHTS IN ALL HIS COMPOSITIONS TO
24  HOLLENBECK MUSIC.  HOLLENBECK MUSIC -- NOW, LOU ALDER IS
25  ONE THE MOST SUCCESSFUL PRODUCERS OF ALL TIME.  HE HAD
```

**EXHIBIT 6**

```
 1   THE WEALTH TO DO -- TO PREPARE WHATEVER DEPOSIT COPY HE
 2   WANTED TO IN THIS SONG THAT HE OWNED, AND THAT'S WHAT HE
 3   DID.  AND, AGAIN, AT NO POINT WAS THERE A SUGGESTION
 4   THAT IT WAS EVER AN ERROR.
 5                            --oOo--
 6             (END TRANSCRIPT OF TAPE EN BACK.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT 6**

```
 1                    CERTIFICATE

 2                         OF

 3                      REPORTER

 4

 5        THE UNDERSIGNED CERTIFIED SHORTHAND REPORTER

 6   OF THE STATE OF CALIFORNIA DOES HEREBY CERTIFY:

 7        THAT SAID AUDIO-RECORDED MATERIAL WAS

 8   TRANSCRIBED INTO TYPEWRITING UNDER MY DIRECTION AND

 9   SUPERVISION, AND I HEREBY CERTIFY THAT SAID MATERIAL IS

10   A FULL, TRUE, AND CORRECT TRANSCRIPT OF THE

11   AUDIO-RECORDED MATERIAL TO THE BEST OF MY ABILITY.

12        I FURTHER CERTIFY THAT I AM NEITHER COUNSEL

13   FOR NOR RELATED TO ANY PARTY TO SAID ACTION, NOR IN ANY

14   WAY INTERESTED IN THE OUTCOME THEREOF.

15        EXECUTED THIS 11TH DAY OF OCTOBER, 2019, AT

16   LOS ANGELES, CALIFORNIA.
```

                    _____
                         AMY P. SMITH
                         CERTIFICATE NO. 12154