**FILED**

UNITED STATES COURT OF APPEALS

OCT 15 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>LED ZEPPELIN; et al.,<br><br>    Defendants-Appellees. | No. 16-56057<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles<br><br><br>ORDER |
| MICHAEL SKIDMORE, AS TRUSTEE FOR THE RANDY CRAIG WOLFE TRUST,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC,<br><br>    Defendant-Appellant.<br><br>and<br><br>LED ZEPPELIN; et al.,<br><br>    Defendants, | No. 16-56287<br><br>D.C. No. 2:15-cv-03462-RGK-AGR<br>Central District of California, Los Angeles |

Before: THOMAS, Chief Judge, and GRABER, McKEOWN, W. FLETCHER, BEA, IKUTA, MURGUIA, NGUYEN, WATFORD, HURWITZ and BADE, Circuit Judges.

Plaintiff-Appellee's motion for sanctions against defense counsel (Doc. 176) is **DENIED**.