UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

DEC 6 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, | No.   16-56057 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-03462-RGK-AGR Central District of California, Los Angeles |
| v. | |
| LED ZEPPELIN; et al., | ORDER |
| Defendants-Appellees. | |

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the Randy Craig Wolfe Trust, | No.   16-56287 |
| Plaintiff-Appellee, | D.C. No. 2:15-cv-03462-RGK-AGR |
| v. | |
| WARNER/CHAPPELL MUSIC, INC, | |
| Defendant-Appellant. | |
| and | |
| LED ZEPPELIN; et al., | |
| Defendants, | |

Pursuant to G.O. 5.1(b)(1), Judge Rawlinson has been drawn to replace Judge Graber.  The en banc court now consists of THOMAS, Chief Judge, and McKEOWN, W. FLETCHER, RAWLINSON, BEA, IKUTA, MURGUIA, NGUYEN, WATFORD, HURWITZ and BADE, Circuit Judges.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7