Case: 16-56057, 03/13/2020, ID: 11629379, DktEntry: 182, Page 1 of 1



24th Floor
865 South Figueroa Street
Los Angeles, CA 90017-2566

**Peter Anderson**
213.633.6800 tel
310.260.6030 direct
213.633.6899 fax

peteranderson@dwt.com

March 13, 2020

*By Federal Express*

Thomson Reuters
610 Opperman Drive
Eagan, MN 55123
Attn: Jean Green,
    Senior Publications Coordinator

    Re:    *Led Zeppelin et al. adv. Skidmore*, 9th Cir. Case Nos. 16-56057 & 16-56287

Dear Ms. Green:

    I represent the defendants-appellees in the above-referenced appeals and am writing regarding the Court of Appeals' March 9, 2020, published en banc decision (the "Decision").

    The Decision shows me as being at the Law Offices of Peter J. Anderson. Actually, in October 2018 I joined Davis Wright Tremaine LLP. Accordingly, I ask that you please correct the Decision's identification of defendants-appellees' counsel, as follows:

    Peter J. Anderson (argued), Davis Wright Tremaine LLP, Los Angeles, California; Helene M. Freeman, Phillips Nizer LLP, New York, New York; for Defendants-Appellees.

Thank you for your attention to the foregoing.

    Very truly yours,

    Davis Wright Tremaine LLP

    Peter Anderson

cc:    By e-filing:
    9th Cir. Court of Appeal
    Counsel for all Parties

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
**Main** 213.633.6800