# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 11, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Michael Skidmore, as Trustee for the Randy Craig Wolfe Trust
            v. Led Zeppelin, et al.
            No. 20-142
            (Your No. 16-56057, 16-56287)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on August 6, 2020 and placed on the docket August 11, 2020 as No. 20-142.

                       Sincerely,

                       **Scott S. Harris**, Clerk

                       by

                       Michael Duggan
                       Case Analyst