# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 7, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Michael Skidmore, as Trustee for the Randy Craig Wolfe Trust
           v. Led Zeppelin, et al.
           No. 20-142
           (Your No. 16-56057, 16-56287)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk